# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| JEFFREY DENTON, et al., | Case No. C-1-02-422 |
|     Plaintiff | consolidated with Case No. C-1-02-466 |
| vs | |
| COLUMBIA OLDSMOBILE, INC., et al., | **ORDER** |
|     Defendants | (Beckwith, J.; Hogan, M.J.) |

This matter is before the Court on the motion of Ivan L. Tamarkin to withdraw as attorney for Jeffrey Denton and Andre Tucker (Doc. 32), and defendants' response thereto. (Doc. 33).

For good cause shown, and for the reasons stated by Mr. Tamarkin in his memorandum in support of the motion, the motion to withdraw is **GRANTED**. S.D. Ohio Civ. R. 83.5(e).

Plaintiffs Jeffrey Denton and Andre Tucker are hereby **GRANTED** an **EXTENSION** of time of sixty (60) days to retain new counsel. In the event plaintiffs are unable to retain counsel, plaintiffs must proceed pro se. The Court shall set a new discovery deadline at the conclusion of this sixty (60) day period.

The Clerk of Court is **DIRECTED** to serve a copy of this Order upon plaintiffs Jeffrey Denton and Andre Tucker.

    **IT IS SO ORDERED.**


Date: 9/2/2003                        s/Timothy S. Hogan
                                                               Timothy S. Hogan
                                                               United States Magistrate Judge