OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

7001 2510 0008 6347 8873



A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
  ☐ NO SUCH NUMBER/ STREET       ☐ OTHER
S ☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD