**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andre Tucker
6401 Chandler
Cincinnati OH 45227

C-1-02-422 Doc. 38

2. Article Number
   *(Transfer from service label)*   7001 2510 0008 6347 8873

PS Form 3811, August 2001    Domestic Return Receipt                102595-02-M-0835

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes