Jeffrey Kleetz

FILED
KENNETH J. MURPHY
CLERK
03 OCT 27 AM 10:3[?]
[stamp: Ohio / West ... Cincinnati]

10-28-03

60 DAY limit
EXPIRES:
10-29-03

vs

C-1-02-422

Cincinnati Adamoulle

Att:
Honoralbe Timothy Hogan

I'm Requesting additional time to seek new counsel, I was Reviewed Cortz & Battint — which after they interviewed my files, they refered me to Freking – Betz which their asking for 2,500 deposit* to take on the case IF possible * I'm asking you Sir for additional time y/ain counsel or monies — Thank you * Jeffrey Kleetz

(513) 361-3389

6401 Chandler St
Cincinnati Ohio
45227

I will be senting a copy
to : Denise A Robinson
Dinsmore & Shohl —
1900 Chemed Center
255 E 5th Street
Cincinnati Oh. 45202