United States District Court
Southern District of Ohio
Cincinnati

Jeffrey Denton, et al.

    Plaintiffs,

v.

Columbia Motors Inc, et al.

    Defendants

Case No. 1:02-cv-00422-SSB-TSH
consolidated with Case No. 1:02cv466-SSB-TSH
(Beckwith, J.; Hogan, M.J.)

Notice of Appearance

To:    Clerk for the United States District Court for the Southern District of Ohio.

Please enter my appearance as counsel for plaintiffs, Jeffrey Denton and Andre Tucker.

### Proof of Service

I served the foregoing Notice of Appearance, by emailing a copy on March 10, to Jay Richard Langeubahn, Attorney for Columbia Motors Inc., at jlangenbahn@lindhorstlaw.com; Denis A. Robinson, Attorney for Columbia Oldsmobile Inc. at denise.robinson@dinslaw.com, and Michael Wesley Hawkins, Attorney for Columbia Oldsmobile Inc., at michaelhawkins@dinslaw.com.

Respectfully Submitted,

Jim Rimedio (0008990)
810 Matson Place
704 Queen's Tower
Cincinnati, Ohio 45204-1444
Telephone - 513.244.2345
Facsimile - 513.244.2620
Email - rimediolaw@fuse.net

Trial Lawyer for plaintiffs, Jeffrey Denton and Andre Tucker