UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey Denton,
    Plaintiff,

v.     Case No. C-1-02-422
    (Beckwith, J.; Hogan, M.J.)

Columbia Motors, Inc.,
    Defendant.

## CALENDAR ORDER

This calendar order shall proceed as follows:

1. Deadline for motion for leave to file an amended complaint: **March 31, 2004**

2. Parties to exchange witness list and summary: **August 29, 2004**

3. Discovery deadline: **September 30, 2004**

4. Dispositive motions deadline: **November 30, 2004**

5. Final pretrial conference: **March 2005***

6. Trial: **April 2005***


   3/9/2004                                          s/Timothy S. Hogan
Date                                         Timothy S. Hogan
bac    March 10, 2004                United States Magistrate Judge
*The specific dates will be assigned by the District Court.