UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY DENTON | : | Case No. 1:02cv00422 |
| | : | |
| and | : | Judge Beckwith |
| | : | Magistrate Hogan |
| ANDRE TUCKER, | : | |
| | : | |
| Plaintiffs, | : | **DEFENDANT'S MOTION TO** |
| | : | **EXTEND THE DISPOSITIVE** |
| v. | : | **MOTION DEADLINE** |
| | : | |
| COLUMBIA OLDSMOBILE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

    Defendant Columbia Oldsmobile, Inc. hereby moves the Court to extend the dispositive motion deadline in this case, which is currently set for November 30, 2004.  This extension is necessary because the parties have entered settlement negotiations in an attempt to resolve this case without further litigation.  Accordingly, Defendant requests an extension of the dispositive motion deadline to January 14, 2005 to give the parties additional time to settle this case, or, if settlement cannot be reached, to submit dispositive motions.

    Defendant's counsel, Denise Robinson, has contacted Plaintiff's counsel by facsimile and telephone regarding this proposed extension, but Plaintiff's counsel has not yet responded in agreement or in opposition to this extension.  This request for an extension, however, will not negatively impact the Court's April 2005 trial date.

    For the above reasons and for good cause shown, Defendant respectfully requests an extension of the dispositive motion deadline.

Respectfully submitted,

/s/ Denise A. Robinson
Michael W. Hawkins (0012707)
Denise A. Robinson (0076012)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202
Telephone:  513-977-8200
Facsimile:  513-977-8141

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2004, a copy of the foregoing Motion for Extension of the Dispositive Motion Deadline was filed electronically.  Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

Jim Rimedio 810 Matson Place
704 Queen's Tower
Cincinnati, OH  45204-1444
Telephone:  513-244-2345
Facsimile:  513-244-2620

Jay R. Langenbahn
Lindhorst & Dreidame
312 Walnut St., Suite 2300
Cincinnati, Ohio 45202
Telephone: 513-421-6630
Facsimile:  513-421-0212

Attorney for Plaintiffs

/s/ Denise A. Robinson