UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY DENTON | : | Case No. 1:02cv00422 |
| | : | |
| and | : | Judge Beckwith |
| | : | Magistrate Hogan |
| ANDRE TUCKER, | : | |
| | : | |
| Plaintiffs, | : | **DEFENDANT'S MOTION TO** |
| | : | **EXTEND THE DISPOSITVE** |
| v. | : | **MOTION DEADLINE** |
| | : | |
| COLUMBIA OLDSMOBILE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

Defendant Columbia Oldsmobile, Inc. hereby moves this Court to extend the dispositive motion deadline. The dispositive motion deadline is currently January 14, 2005. This extension is necessary because the parties continue to be in settlement negotiations in an attempt to resolve this case without further litigation. While Defendant is optimistic that these negotiations will result in the resolution of all claims without further litigation, it seeks to preserve its right to file a dispositive motion in the event that settlement negotiations ultimately fail.

Accordingly, Defendant requests an extension of the dispositive motion deadline to February 28, 2005 to give the parties additional time to settle this case, or, if settlement cannot be reached, to submit dispositive motions.

Defendant's counsel, Denise Robinson, has contacted Plaintiffs' counsel by telephone regarding this proposed extension, but Plaintiff's counsel has not yet responded in agreement or in opposition to this extension.

For the above reasons and for good cause shown, Defendant respectfully requests an extension of the dispositive motion deadline.

                                         Respectfully submitted,

                                         /s/ Denise A. Robinson
                                         Michael W. Hawkins (0012707)
                                         Denise A. Robinson (0076012)
                                         Dinsmore & Shohl LLP
                                         1900 Chemed Center
                                         255 East Fifth Street
                                         Cincinnati, OH  45202
                                         Telephone:  513-977-8200
                                         Facsimile:  513-977-8141

                                         Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2005, a copy of the foregoing Motion for Extension of the Dispositive Motion Deadline was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

| | |
|---|---|
| Jim Rimedio | Jay R. Langenbahn |
| 810 Matson Place | Lindhorst & Dreidame |
| 704 Queen's Tower | 312 Walnut St., Suite 2300 |
| Cincinnati, OH  45204-1444 | Cincinnati, Ohio 45202 |
| Telephone:  513-244-2345 | Telephone: 513-421-6630 |
| Facsimile:  513-244-2620 | Facsimile:  513-421-0212 |

Attorney for Plaintiffs

                    <u>/s/ Denise A. Robinson</u>

1091238