IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey Denton, et al.,        )
                                )   Case No. 1:02-CV-422
       Plaintiffs,     )
                                )
  vs.                          )
                                )
Columbia Motors Inc., *et al.*, )
                                )
       Defendants.    )

<u>O r d e r</u>

Upon the motion of Defendant Columbia Oldsmobile, Inc., the dispositive motions deadline in this matter is hereby extended to February 28, 2005.  The Court will not grant further extensions of that deadline.

**IT IS SO ORDERED.**

                                                  /s/
                                  Sandra S. Beckwith, Chief Judge
                                  United States District Court