EXHIBIT 3

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

NAME: Andre Tucker          DEPARTMENT: Service          DATE OF WARNING: 3/16/00

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION
6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. (✓) IMPROPER CONDUCT
11. ( ) VIOLATION OF SAFETY RULES
12. ( ) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

### REMARKS

Andre was making false statements regarding Company + Mr Joseph. Andre was informed these comments would not be tolerated in the future.

Signature of Supervisor      3/16/00

I have read this report ------ Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department          Date