*Columbia Oldsmobile / Hyundai*

I-275 and Montgomery Road
10981 Montgomery Road
Cincinnati, Ohio 45249
(513) 489-2000

HYUNDAI

EXHIBIT 4

YOU ARE BEING TERMINATED AS OF JUNE 26, 2000 FOR YOUR CONTINUAL HARRASSEMENT AND THREATNING OF FELLOW EMPLOYEES.

ANDRE TUCKER

*[signature]*

K. L. STEWART