# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 221A00543 |

Ohio Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.)
Mr. Andre Tucker

**HOME TELEPHONE** (Include Area Code)
(513) 891-9657

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
3727 Zinsle, Cincinnati, OH 45213

**DATE OF BIRTH**
01/29/1977

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**
Columbia Motors, Inc.

**NUMBER OF EMPLOYEES, MEMBERS**
Cat A (15-100)

**TELEPHONE** (Include Area Code)
(513) 489-2000

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
10891 Montgomery Road, Cincinnati, OH 45242

**COUNTY**
061

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST 09/30/1999   LATEST 06/05/2000
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I. I am Black. From September, 1999 through June, 2000, I was subjected to a racially hostile work environment. I complained to Bob Branigan (White, Service Manager) as early as October, 1999 about the problem. On February 22, 2000, I was discharged. On February 24, 2000, I was reinstated. I was terminated a second time on or about June 5, 2000.

II. Karl Stewart (White, Vice-President) discharged me for verbally threatening a co-worker, in violation of the company's harassment policy.

III. I believe I have been discriminated against because of my race in violation of Title VII of the Civil Rights Act of 1964, as amended. White employees who violate the company's harassment policy were not disciplined as specified by the policy.

EXHIBIT 5

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT
Andre Tucker  7-20-00

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)
7-20-00

Date 7   Charging Party (Signature)