6/26/00

EXHIBIT 6

Andre Tucker was terminated on 6/26/00 for making harassing comments regarding myself & Gary Uhlfelder, he had also made threating comments toward Scott Dick. He continually called Gary Fuck Boy, & always made Sexual remarks regarding Gary & Jim, Bo, Karl & Linda. On 6/27 he was swinging a golf club in the rear of Shop & said he used this to Bust heads. When he was terminated he said I see how you Mother Fuckers operate now. You MF's haven't heard the end of this. Andre was previously warned about making these remarks.