## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

*Jeffrey Denton*                    *Olds Service*                    *2/21/00*

NAME                              DEPARTMENT                        DATE OF WARNING

1.  ( ) UNREPORTED ABSENCE

2.  ( ) TARDINESS

3.  ( ) DRINKING ON DUTY

4.  ( ) REPORTING UNDER THE
        INFLUENCE OF ALCOHOL

5.  ( ) INSUBORDINATION

6.  ( ) FAILURE TO OBEY
        ORDERS

7.  ( ) FIGHTING ON COMPANY
        PREMISES

8.  ( ) LEAVING WITHOUT
        PERMISSION

9.  ( ) HOUSEKEEPING

10. ( ) IMPROPER CONDUCT

11. ( ) VIOLATION OF
        SAFETY RULES

12. (X) DEFECTIVE &
        IMPROPER WORK

13. (X) CARELESSNESS

14. ( ) DESTRUCTION OF
        COMPANY PROPERTY

### REMARKS

*On the afternoon of Feb-21-00 I talked to Jeffrey about a customers car he serviced and did not check the oil level when done, we had to send shop foreman to customers house to add 4 qts of oil to engine, another oil houette was over filled by 2 qts and another customers car had brake pads that were worn down to metal -continued on reverse side*

*Robert Brattigan Jr.*

Signature of Supervisor

I have read this report - - - - - - Signature of Employee

_____

-THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE
EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department                              Date

EXHIBIT
8
Blumberg No. 5119

brake inspection, worn out brakes were not brought to advisors attention. ___ which includes a ___ to notify the customer. I have counciled Jeffery on numerous occasions about his thoroughness and explained to him no more instances of his not properly checking his work would be tolerated!