**EMPLOYEE DISCIPLINARY REPORT**

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

| Jeffery Denton | Service | 03/22/00 |
|---|---|---|
| NAME | DEPARTMENT | DATE OF WARNING |

1.  ( ) UNREPORTED ABSENCE

2.  ( ) TARDINESS

3.  ( ) DRINKING ON DUTY

4.  ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL

5.  ( ) INSUBORDINATION

6.  ( ) FAILURE TO OBEY ORDERS

7.  ( ) FIGHTING ON COMPANY PREMISES

8.  ( ) LEAVING WITHOUT PERMISSION

9.  ( ) HOUSEKEEPING

10. ( ) IMPROPER CONDUCT

11. ( ) VIOLATION OF SAFETY RULES

12. (X) DEFECTIVE & IMPROPER WORK

13. ( ) CARELESSNESS

14. ( ) DESTRUCTION OF COMPANY PROPERTY

**REMARKS**

ON RO# 208673 Jeffery WAS paid For L/O/F + U.C.I. This CAR WAS never Lubed And Needed FRT. Brakes + The Rear BRAke DRums Were NOT Removed For Inspection

_____  3/22/00
Signature of Supervisor

I have read this report - - - - - - Signature of Employee

_____

_____

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

_____         _____
Personnel Department                    Date

EXHIBIT
9
Blumberg No. 5119