**EMPLOYEE DISCIPLINARY REPORT**

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

| *Jeffrey Denton* | *Olds Serv* | *3/29/00* |
|---|---|---|
| NAME | DEPARTMENT | DATE OF WARNING |

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION
6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. ( ) IMPROPER CONDUCT
11. ( ) VIOLATION OF SAFETY RULES
12. (X) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

**REMARKS**

On lot 3/25/00 customer came in with rear drum clips from just having his brakes inspected and ask why they were still on the drums when he had paid us to inspect the brakes clean and adjusted the rears. I pulled the hard copy from RO #19467 and Jeffery had flagged the ticket for cleaning and inspecting the rear brakes which was not done.

_____
Signature of Supervisor

I have read this report - - - - - - Signature of Employee

_____

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

_____
Personnel Department        Date

EXHIBIT 10
Blumberg No. 5119

**RENTAL**

SALESPERSON NO. 520 — WILLIAM P WINSTEL
VEHICLE ID NO.: 1GHDX06E5VD225282
YEAR/MAKE/MODEL: 97/OLDSMOBILE/SILHOUETTE/SILHOUETTE
CUSTOMER NO.: 34226
COLOR: OPP
R.O. DATE: 07/02/9
CALL WHEN READY: NO

Customer: CHRISTINA SIMEONE
6360 HOLLY HILL LANE
WEST CHESTER, OH 45069
RESIDENCE PHONE: 513-755-3631
BUSINESS PHONE: 513-634-3416

TIME RECEIVED: 07:36am    DATE/TIME PROMISED: 07/02/99 07:00pm

Columbia Oldsmobile/Acura/Hyundai
"I-275 and MONTGOMERY RD"
10981 MONTGOMERY RD
CINCINNATI, OH 45249
SERVICE: 513-489-4424
BODY SHOP: 513-489-7381
MAIN: 513-489-2000

DELIVERY DATE: 06/10/97
EXPIRATION DATE: 06/07/03
DELIVERY MILES: 6
EXPIRATION MILES: 100000
MILEAGE: 3114
ADVISOR: 11

ORIGINAL CUSTOMER ESTIMATE: PARTS / LABOR / TOTAL

JOB 1
C *20DLZ02 — S7 — INSPECT & REPORT CUSTOMER STATES ONE OF KEYLESS REMOTE IS INOP AT TIMES AND DONT HAVE ANY RANGE — THE ONE WITH KEY IS INOP AT TIMES  cp

C *40DLZ01 — S7 — INSPECT & REPORT CUSTOMER STATES MIDDLE SEAT LFT SIDE SEAT BELT IS TWISTED   V6-4T-C9201.4   MJ-98-2790.1

C 240LZ77A — S7 — SERVICE TRANS REPLACE TRANSMISSION FILTER & FUILD ALSO CHECK CONDITION OF COOLER LINE, CABLES, HOSES &ADJUSTMENTS   cp   85⁰⁰

C 080LZ01 — 60 — INSPECT BRAKES PERFORM MINOR SERVICE TA9434 6A6B 84 #13D13E cp 49⁰⁰
carbs     87  MAINTENANCE  REPLACE AIR FILTER  N4-2N-B4051
                DO NOT CHANGE OIL
                DO NOT ROTATE TIRES     cp 20⁰⁰

SAVE This:
$10.00
$15.00
$25.00
$35.00
$40.00
$50.00

154⁰⁰

REPLACED PARTS WILL BE MADE AVAILABLE UN-LESS SPECIFIED OTHERWISE DISCARD

