## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

| Jeffery Denton | Service | |
|---|---|---|
| NAME | DEPARTMENT | DATE OF WARNING |

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION

6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. ( ) IMPROPER CONDUCT

11. ( ) VIOLATION OF SAFETY RULES
12. (X) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

### REMARKS

Car was serviced on 5/01/00 by #52 + came back in on 5/8/00 with note from customer stating the tire pressure was way off on 3 of his tires. The Tech's are required to check air pressure on all maintenance services.

Signature of Supervisor        5/09/00

I have read this report - - - - - Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department        Date


EXHIBIT 11

FORM ERA-1-RO Copyright Reynolds and Reynolds 1968

PAGE 1 OF 1    211897

| CALL WHEN READY: | ☐ YES ☐ NO | VEHICLE ID. NO. 1G3NL52E9XC345989 | YEAR/MAKE/MODEL 99/OLDSMOBILE/ALERO/GL SEDAN | | LICENSE NO. | R.O. NO. 211897 |
|---|---|---|---|---|---|---|
| APPOINTMENT | ☐ YES ☒ NO | JAMES D SINCLAIR | | | SELLING DEALER NO. | R.O. DATE 05/08/00 |
| | | 142 ALBRIGHT DRIVE | | | MILEAGE 24117 | ADVISOR 111 |
| | | LOVELAND, OH 45140 | | | TRANS. | CARD NO. 667 |
| | | RESIDENCE PHONE 513-583-9503 | BUSINESS PHONE 513-583-9436 | | AIR COND. | P.S. |
| | | TIME RECEIVED 08:05am | DATE/TIME PROMISED 05/08/00 07:00pm | PRIORITY | TURBO | |
| | | CUSTOMER NO. 32284 | COLOR | SERVICE CONTRACT | CONTRACT NO. | |

CUSTOMER SIGNATURE X _Drop off_

RENTAL NO.

PRODUCTION DATE | DELIVERY DATE 12/31/98 | STOCK NO. | DELIVERY MILES 10 | EXPIRATION DATE | EXPIRATION MILES

Columbia Oldsmobile/Acura/Hyundai
"I-275 and MONTGOMERY RD"
10981 MONTGOMERY RD
CINCINNATI, OH 45249

PHONE NOS.
SERVICE:  513-489-4424
BODY SHOP: 513-489-7381
MAIN:     513-489-2000

CUSTOMER STATES LABOR CHARGES ARE BASED ON A RATE OF ___ PER FLAT RATE HOUR.

**ORIGINAL CUSTOMER ESTIMATE:**    PARTS    LABOR    TOTAL

**LABOR INSTRUCTIONS**

| JOB | |
|---|---|
| 1 | C 060LZ — CUSTOMER STATES RT REAR TIRE LEAKS AIR - CORRECT TIRE PSI X—————— CHECK ALL TIRES AND ADJUST AIR RESET LOW TIRE PSI LIGHT |

ESTIMATE
(UNDER OHIO LAW) YOU HAVE THE RIGHT TO AN ESTIMATE IF THE EXPECTED COST OF REPAIRS OR SERVICES WILL BE MORE THAN TWENTY-FIVE DOLLARS. INITIAL YOUR CHOICE.

$ _____ WRITTEN ESTIMATE
$ _____ ORAL ESTIMATE
         I DO NOT REQUEST AN ESTIMATE

AUTHORIZED ADDITIONS
RO# _____ OF _____
DATE _____ TIME _____ BY _____

REPLACED PARTS WILL BE MADE AVAILABLE UNLESS SPECIFIED OTHERWISE
☐ DISCARD

ORIGINAL ESTIMATE | CUSTOMER ACCEPTANCE

| 1 | LUBE, OIL & FILTER |
| 2 | ROTATE TIRES |
| 3 | BALANCE WHEELS |
| 4 | ALIGN FRT. END |
| 5 | ALIGN REAR END |
| 6 | TUNE ENGINE |
| 7 | REPLACE FUEL FILTER |
| 8 | SERVICE TRANS. |
| 9 | SERVICE COOL. SYS. |
| 10 | AC SERVICE |
| 11 | BRAKE INSPECTION |
| 12 | |

TERMS: STRICTLY CASH, UNLESS ARRANGEMENTS MADE OTHERWISE
ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE
ATTENTION: WE ARE NOT RESPONSIBLE FOR ARTICLES LEFT IN VEHICLE

Handwritten work order (rotated 90°):

- Removed Rear wheel
- Put in Dip tank found small nail in Tire
- Adjusted hole All Dispose Int
- Light P5-I Reset

STRAIGHT TIME (HRS.): 50
R.O. NO: 14392
OPERATOR: Val Snodan
TIME ON: 3
TIME OFF: 58
Signature / Cost: 5.65/



The Low Tire Pressure light will not go off.

I had this car in last Monday for service.
On Saturday I drove about a mile and the Low Tire Pressure light came on. I stopped and checked the tire pressure. The front tires were at 43 PSI. One back tire was at 32 PSI and the other one at 35 PSI. Sunday when I went out the rear tire on the passenger side was flat. It may have a slow leak. I don't understand why they would have been inflated that high when the tire says 35 PSI Max.

Please check the rear passenger tire, be sure the tires are at the correct pressure and get the low pressure light off.

I need to have the car back as early as possible.

Thanks,

Jim

See Below

CLAIM CHECK 667

[handwritten notes: BGB871 24,119 Mileage ALSER C345989]

TERMS:
STRICTLY CASH, UNLESS ARRANGEMENTS MADE

ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE

ATTENTION:
WE ARE NOT RESPONSIBLE FOR ARTICLES LEFT IN VEHICLE

...implied warranty of merchantability or fitness for a particular purpose, and COLUMBIA OLDSMOBILE, Inc., neither assumes nor authorizes any other person to assume for it any liability in connection with the sale.

| | OF |
|---|---|
| 1 | LUBE, OIL & FILTER |
| 2 | ROTATE TIRES |
| 3 | BALANCE WHEELS |
| 4 | ALIGN FRT. END |
| 5 | ALIGN REAR END |
| 6 | TUNE ENGINE |
| 7 | REPLACE FUEL FILTER |
| 8 | SERVICE TRANS. |
| 9 | SERVICE COOL. SYS. |
| 10 | A/C SERVICE |
| 11 | BRAKE INSPECTION |
| 12 | |

FORM ERA-1-RO Copyright Reynolds and Reynolds 1988

# SERVICE

**Columbia Oldsmobile / Isuzu / Hyundai**
"I-275 and MONTGOMERY RD."
10981 MONTGOMERY RD
CINCINNATI, OH 45249

SERVICE: 513-489-4424
BODY SHOP: 513-489-7381
MAIN: 513-489-2000

| CALL WHEN READY: | ☐ YES ☒ NO |
| APPOINTMENT | ☐ YES ☒ NO |

SALESPERSON NO. 696
VEHICLE ID. NO.: 1G3NL52E9X0345989
YEAR/MAKE/MODEL: 99/OLDSMOBILE/ALERO/GL SEDAN
CUSTOMER NO.: 32284
COLOR:
SERVICE CONTRACT:
PRODUCTION DATE:
DELIVERY DATE: 12/31/98
STOCK NO.:
DELIVERY MILES: 10
SELLING DEALER NO.:
LICENSE NO.:
R.O. NO.: 2
R.O. DATE: 05/

JAMES D SINCLAIR
142 ALBRIGHT DRIVE
LOVELAND, OH 45140

RESIDENCE PHONE: 513-583-9503
BUSINESS PHONE: 513-583-9436
TIME RECEIVED: 08:14am
DATE/TIME PROMISED: 05/01/00 07:00pm
PRIORITY:

CUSTOMER LABOR CHARGES ARE BASED ON A RATE OF ____ PER FLAT RATE HOUR.
STATE REG. #: A

**ORIGINAL CUSTOMER ESTIMATE:** PARTS _____ LABOR _____ TOTAL $69.60

LABOR INSTRUCTIONS:
1A, 2A, 3A, 6A, 6B, 9A, 13D, 13G
Minor service
Need oil 12...

CUSTOMER SIGNATURE: X _____

ESTIMATE
(UNDER OHIO LAW) YOU HAVE THE RIGHT TO AN ESTIMATE IF THE EXPECTED COST OF REPAIRS OR SERVICES WILL BE MORE THAN TWENTY-FIVE DOLLARS. INITIAL YOUR CHOICE.
☐ WRITTEN ESTIMATE
☐ ORAL ESTIMATE
☐ I DO NOT REQUEST AN ESTIMATE

ORIGINAL ESTIMATE $ ____
AUTHORIZED ADDITIONS $ ____

REPLACED PARTS WILL BE MADE AVAILABLE UNLESS SPECIFIED OTHERWISE
☐ DISCARD

RO#: ____
OF ____

| # | Service |
|---|---|
| 1 | LUBE, OIL & FILTER |
| 2 | ROTATE TIRES |
| 3 | BALANCE WHEELS |
| 4 | ALIGN FRT. END |
| 5 | ALIGN REAR END |
| 6 | TUNE ENGINE |
| 7 | REPLACE FUEL FILTER |
| 8 | SERVICE TRANS. |
| 9 | SERVICE COOL. SYS. |
| 10 | A/C SERVICE |

TERMS: STRICTLY CASH, UNLESS ARRANGEMENTS MADE
ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE
ATTENTION:

## ADDITIONAL MATERIAL USED

| QUAN. | ITEM NO. | DESCRIPTION | PRICE |
|---|---|---|---|
| | | TOTALS | |

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. 211489 EMP. NO. / OPER. NO. | TIME |
|---|---|---|---|
| 1.10 | | 52 Sinclair | OFF 2 ON 5-1 |

## ADDITIONAL MATERIAL USED

| QUAN | ITEM NO. | DESCRIPTION | PRICE |
|---|---|---|---|
| | 5 | MINOR SERVICE | |
| | | 1A, 2A, 3A, 6A, 6B, 8A, 9A, 13D, 16 | |
| | | | 1. |
| | | TOTALS | |

## LABOR RECORD

| EMP. NO. | OPER. | COST | ELAPSED TIME | TIME ( |
|---|---|---|---|---|
| LR | | | | OFF / ON |
| TOTALS | | | | |

DAY 23A