## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

| Jeffrey Denton | Oldsmere | 5/26/00 |
|---|---|---|
| NAME | DEPARTMENT | DATE OF WARNING |

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. (X) INSUBORDINATION

6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. (X) IMPROPER CONDUCT

11. ( ) VIOLATION OF SAFETY RULES
12. ( ) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

### REMARKS

Jeffreys attitude towards performing his job, taking too long on jobs turning in wrong repair orders when customers are waiting and still does not have the appropriate tools to perform his job (i.e. sticks of the plows impact gun. Jeffrey has been warned numerous times to get the tools needed to perform his job.

Signature of Supervisor

I have read this report - - - - - - Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department        Date

EXHIBIT 12