EXHIBIT 13

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

_Jeffrey Denton_ | _Oldsmew_ | _6/21/00_
NAME | DEPARTMENT | DATE OF WARNING

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION
6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. (X) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. (X) IMPROPER CONDUCT
11. ( ) VIOLATION OF SAFETY RULES
12. ( ) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

### REMARKS

He told Mike Apgar he was going to get a sandwich at 3:50 & Mike told him he doesn't have time for that. He took customers anyway & went to get a sandwich & did not return until 4:12 & we had 3 more customers waiting on him

_Signature of Supervisor_

I have read this report - - - - - Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department | Date