JOHN COSBY


EXHIBIT 14

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

_Jeffrey Denton_    _Olds Service_    _6/28/00_
NAME                 DEPARTMENT         DATE OF WARNING

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION
6. (X) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. ( ) IMPROPER CONDUCT
11. ( ) VIOLATION OF SAFETY RULES
12. ( ) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

### REMARKS

_Jeffrey was told on numerous occasions to use a torque stick when re-installing lugnuts, the SM-ASM told him to use one on his vehicle because he was not._

_____
Signature of Supervisor

I have read this report - - - - - - Signature of Employee

_Olds SERVICE CLAIMS THAT Jeffrey Denton IS NOT USING TORK STICK_

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

_Jeffrey Denton_
Personnel Department                    Date

_Which each + every Technician don't have one, but still it was [illegible] from the manager that I have one._