

EXHIBIT 15

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

___Jeffery Denton_____   _____   __2/11/00__
NAME                                DEPARTMENT              DATE OF WARNING

1. ( ) UNREPORTED ABSENCE      6. ( ) FAILURE TO OBEY ORDERS        11. ( ) VIOLATION OF SAFETY RULES

2. ( ) TARDINESS               7. ( ) FIGHTING ON COMPANY PREMISES  12. (X) DEFECTIVE & IMPROPER WORK

3. ( ) DRINKING ON DUTY        8. ( ) LEAVING WITHOUT PERMISSION    13. ( ) CARELESSNESS

4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL    9. ( ) HOUSEKEEPING    14. ( ) DESTRUCTION OF COMPANY PROPERTY

5. ( ) INSUBORDINATION         10. ( ) IMPROPER CONDUCT

### REMARKS

L/Rear Brake Drum was never removed for Brake inspection which he said he did + was paid for. RO# 204577

_____
Signature of Supervisor

I have read this report - - - - - - Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department          Date