ATT- JAY LANGENBRAN

# EMPLOYEE DISCIPLINARY REPORT

EXHIBIT 16

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

__Jeffrey Denton__ __Oldsmen__ __7/20/00__
NAME / DEPARTMENT / DATE OF WARNING

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION
6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. (X) IMPROPER CONDUCT
11. ( ) VIOLATION OF SAFETY RULES
12. ( ) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

## REMARKS

Mark Frye came to me at approx 11:50AM & said he had to leave because Jeffrey pulled an air hose out when Mark was walking by trying to trip him. Jeffrey was taunting Mark again trying to provoke a fight.

_Signature of Supervisor_

I DISAGREE WITH — STATEMENT FROM MARK FRYE

I have read this report - _Signature of Employee_

I[?] been SEVERAL TIMES by MR FRYE being call a piece s--t & pushed me

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE. (REPORT)

(7-19-00) (DIDN'T[?] REPORT)

_Personnel Department    Date_

Which brought this on & I believe this is why Mr Frye made these REMARKS

Using lube gun — Mr Mark Frye — said I tried to trip him which I disagreed

[signature]