EXHIBIT 17

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

Jeffery Denton — NAME

DEPARTMENT

2/28 — DATE OF WARNING

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION
6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. ( ) IMPROPER CONDUCT
11. ( ) VIOLATION OF SAFETY RULES
12. (X) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

REMARKS

Rear Brakes Were Not inspected or Serviced As Stated on RO #199070 Tech WAS paid To Perform This operation

Signature of Supervisor

I have read this report - - Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department Date

R V I C E

CALL WHEN READY: ☐ YES ☐ NO

VEHICLE ID. NO.: 1 G 3 H N 5 2 K X W 4 8 3 0 0 4 8

YEAR / MAKE / MODEL: 98/OLDSMOBILE/88 ROYALE/EIGHTY EIGH

PRODUCTION DATE | STOCK NO. | LICENSE NO.

R.O. NO: 199070

MARJORIE DICKMAN
6670 APACHE CR
CINCINNATI, OH 45243

CUSTOMER NO.: 10431 | COLOR

DELIVERY DATE: 04/30/98 | DELIVERY MILES: 66 | SELLING DEALER NO

R.O. DATE: 09/20/99

SERVICE CONTRACT | CONTRACT NO. | EXPIRATION DATE | EXPIRATION MILES

ADVISOR: 111

RENTAL NO.

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on vehicle to secure the amount of repairs thereto.

X [signature] CUSTOMER SIGNATURE

*Columbia Oldsmobile / Acura / Hyundai*
"I-275 and MONTGOMERY RD"
10981 MONTGOMERY RD
CINCINNATI, OH 45249

PHONE NOS.:
SERVICE: 513-489-4424
BODY SHOP: 513-489-7381
MAIN: 513-489-2000

CARD NO.: 960
MILEAGE: 8550
TRANS
AIR COND
TURBO
P S

RESIDENCE PHONE: 561-5092 | BUSINESS PHONE

TIME RECEIVED: 01:50pm | DATE / TIME PROMISED: 09/20/99 07:00pm | PRIORITY

APPOINTMENT: ☐ YES ☐ NO

CUSTOMER LABOR CHARGES ARE BASED ON A RATE OF ______ PER FLAT RATE HOUR.

## LABOR INSTRUCTIONS

JOB

ORIGINAL CUSTOMER ESTIMATE: PARTS LABOR TOTAL

X.....................................

1 C *020LZ06 52 6000 MILE SERVICE
6,000 MILE MENU INCLUDES ALL 3,000 MILE SERVICES PLUS THE FOLLOWING 6A,6B,8A,9A,13D,13G,24D.

2 C *200LZ02 (32) INSPECT & REPORT
CUSTOMER STATES DASH DOESNT SEEM TO LIGHT UP AS IT SHOULD

SHUTLE

ESTIMATE

(UNDER OHIO LAW) YOU HAVE THE RIGHT TO AN ESTIMATE IF THE EXPECTED COST OF REPAIRS OR SERVICES WILL BE MORE THAN TWENTY-FIVE DOLLARS. INITIAL YOUR CHOICE.

____ WRITTEN ESTIMATE

____ ORAL ESTIMATE

____ I DO NOT REQUEST AN ESTIMATE

ORIGINAL ESTIMATE: $ 89.50

CUSTOMER'S ACCEPTANCE: M. D. INITIAL HERE

AUTHORIZED ADDITIONS: $ ______

DATE ______
TIME ______
BY ______

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly of partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

REPLACED PARTS WILL BE MADE AVAILABLE UNLESS SPECIFIED OTHERWISE ☐ DISCARD

The Seller, COLUMBIA OLDSMOBILE, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and COLUMBIA OLDSMOBILE, Inc., neither assumes nor authorizes any other person to assume for it any liability in connection with the sale.

RO# ______
OF ______

| | | |
|---|---|---|
| 1 | LUBE, OIL & FILTER | ☐ |
| 2 | ROTATE TIRES | ☐ |
| 3 | BALANCE WHEELS | ☐ |
| 4 | ALIGN FRT. END | ☐ |
| 5 | ALIGN REAR END | ☐ |
| 6 | TUNE ENGINE | ☐ |
| 7 | REPLACE FUEL FILTER | ☐ |
| 8 | SERVICE TRANS. | ☐ |
| 9 | SERVICE COOL. SYS. | ☐ |
| 10 | A/C SERVICE | ☐ |
| 11 | BRAKE INSPECTION | ☐ |
| 12 | | |

TERMS: STRICTLY CASH, UNLESS ARRANGEMENTS MADE

ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE

ATTENTION: WE ARE NOT RESPONSIBLE FOR ARTICLES LEFT IN VEHICLE

STRAIGHT TIME HRS.
FLAT RATE PRICE
R. O. NO.
EMP NO
OPER NO.
TIME
OFF
ON
TOTALS
TOTALS
TOTALS

COLUMBIA OLDSMOBILE
10981 MONTGOMERY ROAD
CINCINNATI, OH 45249
Business: (513)489-7381

IMAGE REPORT



07/27/2000: SUP01:

216804 — 6K service
Rear drum retainers
#52

B300418

RUICE

| CALL WHEN READY: ☐ YES ☐ NO | VEHICLE ID. NO. 1G3HN52KXW4830048 | YEAR / MAKE / MODEL 98/OLDSMOBILE/88 ROYALE/EIGHTY EIGH | PRODUCTION DATE | STOCK NO. | LICENSE NO. | R.O. NO 216804 |
|---|---|---|---|---|---|---|
| | | CUSTOMER NO. 10431 / COLOR | DELIVERY DATE 04/30/98 | DELIVERY MILES 66 | SELLING DEALER NO. | R.O. DATE 07/27/00 |
| | | SERVICE CONTRACT / CONTRACT NO. | | EXPIRATION DATE | EXPIRATION MILES | ADVISOR 111 |

MARJORIE DICKMAN
6670 APACHE CR
CINCINNATI, OH 45243

RESIDENCE PHONE 561-5092 * | BUSINESS PHONE

TIME RECEIVED 09:22am | DATE / TIME PROMISED 07/27/00 07:00pm | PRIORITY

APPOINTMENT ☐ YES ☑ NO

CUSTOMER LABOR CHARGES ARE BASED ON A RATE OF STATE REG# A PER FLAT RATE HOUR.

RENTAL NO.

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on vehicle to secure the amount of repairs thereto.

X M Dickman
CUSTOMER SIGNATURE

*Columbia Oldsmobile / Acura / Hyundai*
"I-275 and MONTGOMERY RD"
10981 MONTGOMERY RD
CINCINNATI, OH 45249

PHONE NOS.
SERVICE: 513-489-4424
BODY SHOP: 513-489-7381
MAIN: 513-489-2000

CARD NO. 261
MILEAGE 15740
TRANS.
AIR COND.
TURBO
P.S.

## LABOR INSTRUCTIONS

JOB

ORIGINAL CUSTOMER ESTIMATE: PARTS LABOR TOTAL

X

\# 185 55

1 C *020LZ15 15000 MILE SERVICE
15000 MILE SERVICE MENU INCLUDES ALL 3,000 MILE SERVICES PLUS THE FOLLOWING 6A,6B,6C,8A,7A,13A,24F,24E,1A. 24D

WAITING

SHUTTLE

ESTIMATE

(UNDER OHIO LAW) YOU HAVE THE RIGHT TO AN ESTIMATE IF THE EXPECTED COST OF REPAIRS OR SERVICES WILL BE MORE THAN TWENTY-FIVE DOLLARS. INITIAL YOUR CHOICE.

_____ WRITTEN ESTIMATE
_____ ORAL ESTIMATE
_____ I DO NOT REQUEST AN ESTIMATE

ORIGINAL ESTIMATE $ 166 50 + tax
CUSTOMER'S ACCEPTANCE M. D INITIAL HERE

AUTHORIZED ADDITIONS $ _____
DATE _____ TIME _____ BY _____

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly of partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

REPLACED PARTS WILL BE MADE AVAILABLE UNLESS SPECIFIED OTHERWISE ☐ DISCARD

The Seller, COLUMBIA OLDSMOBILE, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and COLUMBIA OLDSMOBILE, Inc., neither assumes nor authorizes any other person to assume for it any liability in connection with the sale.

RO# _____
OF _____

1 LUBE, OIL & FILTER ☐
2 ROTATE TIRES ☐
3 BALANCE WHEELS ☐

TERMS:
STRICTLY C...

SERVICE VALUE
COLUMBIA OLDSMOBILE
Percent Off
10% off
GOOD THRU JUNE 20
This coupon may be redeemed for 10% of any mechanical service repair of $100.00 or more. May not be used with any other service coupon offers.
Goodwrench Service Plus
Valid on most GM vehicles. Not valid with any other offer. Bring this mailer ... D/00

PAGE 1 OF 1 216804

## ADDITIONAL MATERIAL USED

| QUAN | ITEM NO. | DESCRIPTION | PRICE | |
|---|---|---|---|---|
| | | | 39 | |
| | | | 199 | |
| | | | 149 | |
| TOTALS | | | | |

## ADDITIONAL MATERIAL USED

| QUAN | ITEM NO. | DESCRIPTION | PRICE | |
|---|---|---|---|---|
| | Mirror Svc | | | |
| | Balance 4 Wheels | | | |
| | Perform 4 wheel Alignment | | | |
| TOTALS | | | | |

## LABOR RECORD

| EMP NO. | OPER NO. | COST | ELAPSED TIME | TIME |
|---|---|---|---|---|
| 1.1 | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| 1.0 | | | | OFF |
| | | | | ON |
| 2.0 | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| TOTALS | | | | |

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. 216804 | TIME | |
|---|---|---|---|---|
| .30 | | SUP. NO 149 / OPER. NO Dickman | | OFF 1 / ON 7-27 |

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. 216804 | TIME | |
|---|---|---|---|---|
| 1.10 | | EMP. NO. 39 / OPER. NO. Dickman | | OFF 12 / ON 7-27 |

DAY 23A

| DESCRIPTION | PRICE | QUAN | ITEM NO. | DESCRIPTION | PRICE |
|---|---|---|---|---|---|
| | 39 | | Mirror Svc | | 1.1 |
| | 149 | | Balance 4 wheels | | 1.0 |
| | 149 | | Perform 4 wheel Alignment | | 2.0 |

MATERIAL USED

LABOR RECORD

| EMP. NO. | OPER NO. | COST | ELAPSED TIME | TIME |
|---|---|---|---|---|
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |
| | | | | OFF |
| | | | | ON |

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. 216804 EMP. NO. | OPER. NO. | TIME | OFF / ON |
|---|---|---|---|---|---|
| 3.0 | | 149 | Dickman | | OFF 1 / ON 7-27 |

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. 216804 EMP. NO. | OPER. NO. | TIME | OFF / ON |
|---|---|---|---|---|---|
| 1.0 | | 39 | Dickman | | OFF 12 / ON 7-27 |

TOTALS

TOTALS

TOTALS

DAY 23A