## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

**NAME:** Jeff Denton       **DEPARTMENT:** Olds Perv       **DATE OF WARNING:** 8/4/00

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION
6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. ( ) IMPROPER CONDUCT
11. ( ) VIOLATION OF SAFETY RULES
12. (X) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

### REMARKS

Jeffrey has been warned in the past about performing brake inspections on 6K services and not pulling the rear brake drums off to inspect them, on 8/3/00 RO #217249 during 15K service, found rear drums still had the retaining clips on them & Jeffrey Denton was paid to inspect brakes on 8/6/00 RO# 196270

Signature of Supervisor

I have read this report - - - - - Signature of Employee

DISAGREED STATEMENT BELIEVE MARK FRYE, JEFF WATTS possibly South Dak part on

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department       Date

this plot- In future all #32 will listed starting today on all his tickets

*[Rotated service repair order form — Columbia Oldsmobile/Acura/Hyundai, Cincinnati, OH]*

**Dealer:** Columbia Oldsmobile/Acura/Hyundai
"I-275 and MONTGOMERY RD"
10981 MONTGOMERY RD
CINCINNATI, OH 45249
SERVICE: 513-489-4424
BODY SHOP: 513-489-7381
MAIN: 513-489-2000

**R.O. NO.:** 196276
**R.O. DATE:** 08/06/99
**ADVISOR:** 107
**MILEAGE:** 6185
**CARD NO.:** 883

**Customer:** WILLIAM P WINSTEL
805 STRATHCOMA DR
CINCINNATI, OH 45255
RESIDENCE PHONE: 513-232-0796
CUSTOMER NO.: 15431

**Vehicle:** 99/OLDSMOBILE/S...TTE/SILHOUETTE
VIN: 1GHDX03E9XD310290 ...
PRODUCTION DATE: 11/09/98
STOCK NO.: 90163
DELIVERY MILES: 129

**SALESPERSON:** LESPERSON

**TIME RECEIVED:** 08:15 AM
**DATE/TIME PROMISED:** 08/06/99 07:00 PM

Service lines:
1. LUBE, OIL & FILTER — C#020L206
2. ROTATE TIRES — C#200L202
3. BALANCE WHEELS
4. ALIGN FRT. END
5. ALIGN REAR END
6. REPLACE FUEL FILTER — C $200LZ
7. TUNE ENGINE — C 130LZ
8. SERVICE TRANS. — C $200LZ
9. SERVICE COOL. SYS. — C $200LZ02
10. A/C SERVICE
11. BRAKE INSPECTION

Handwritten notes:
- 6000 MILE SERVICE INCLUDES ALL 3,000 MILE SERVICES PLUS THE FOLLOWING: 6A, 6B, 8A, 9A, 13B, 24D.
- 6,000 MILE MENU
- FIRST TIME SERIES VIDEO NOT WORKING ON TV
- no change
- $89.60
- need key 11:00 a balance

TERMS: STRICTLY CASH, UNLESS ARRANGEMENTS MADE
ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE
ATTENTION: WE ARE NOT RESPONSIBLE FOR ARTICLES LEFT IN VEHICLE

ESTIMATE: (UNDER OHIO LAW) YOU HAVE THE RIGHT TO AN ESTIMATE IF THE EXPECTED COST OF REPAIRS OR SERVICES WILL BE MORE THAN TWENTY-FIVE DOLLARS. INITIAL YOUR CHOICE. [ ] DO NOT REQUEST AN ESTIMATE

WARRANTY [stamp]

FORM ERA-1-RO Copyright Reynolds and Reynolds

Case 1:02-cv-00422-TSH    Document 47-19    Filed 02/28/2005    Page 3 of 5

**ORIGINAL CUSTOMER ESTIMATE:**

Customer: SHARON A SCHAFER
805 STRATHCOMA DR
CINCINNATI OH 45255

Residence Phone: 513-232-0796

Year/Make/Model: 99/OLDSMOBILE/SILHOUETTE

Customer No.: 16431

Dealer: Columbia Oldsmobile/Suzuki/Hyundai
"I-275 and MONTGOMERY RD"
10981 MONTGOMERY RD
CINCINNATI, OH 45249
SERVICE: 513-489-4424
BODY SHOP: 513-489-7381
MAIN: 513-489-2000

Date received: 08/03/00   Time: 08:27 am
Date promised: 08/03/00   Time: 07:00 pm

ELECTRICAL: DRIVERS FRT WINDOW LUBE PLEASE. IS STICKING

15000 MILE SERVICE MENU INCLUDES ALL 3,000 MILE SERVICES PLUS THE FOLLOWING: 6A, 6B, 6C, 8A, 7K, 13B, 24F, 24E

Please install Columbia Olds ... $165.37

SHUTTLE

Labor Instructions:
1. LUBE, OIL & FILTER
2. ROTATE TIRES
3. 
4. ALIGN FRT. END
5. ALIGN REAR END
6. TUNE ENGINE
7. REPLACE FUEL FILTER
8. SERVICE TRANS.
9. SERVICE COOL. SYS.
10. AC SERVICE
11. BRAKE INSPECTION
12. 

ATTENTION: WE ARE NOT RESPONSIBLE FOR ARTICLES LEFT IN VEHICLE

ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE

TERMS: STRICTLY CASH, UNLESS ARRANGEMENTS MADE

COLUMBIA OLDSMOBILE
10981 MONTGOMERY ROAD
CINCINNATI, OH 45249
Business: (513)489-7381

IMAGE REPORT



08/03/2000: SUP01:

1

IMAGE REPORT



08/03/2000: SUP01:

Pathways - A product of CCC Information Services Inc.

2