EXHIBIT 20

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

_____Jeffery Denton_____ / _____ / __8/18/00__
NAME / DEPARTMENT / DATE OF WARNING

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION
6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. ( ) IMPROPER CONDUCT
11. ( ) VIOLATION OF SAFETY RULES
12. ( ) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

### REMARKS

Sleeping in Tech. lounge while on the clock + P.O.'s in rack to be serviced.

_____James_____
Signature of Supervisor

I have read this report - - - - - Signature of Employee _Jeffery Denton_

Nothing to do as far as Automotive work.

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

_____ _____
Personnel Department            Date

Tom Carey & Ken Kane were both in lounge
& saw Jeffery Resting