# EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

_____Jeff Denton_____   _____   _____8/23/00_____
NAME                        DEPARTMENT                 DATE OF WARNING

1. ( ) UNREPORTED ABSENCE    6. (X) FAILURE TO OBEY ORDERS       11. ( ) VIOLATION OF SAFETY RULES

2. ( ) TARDINESS             7. ( ) FIGHTING ON COMPANY PREMISES  12. ( ) DEFECTIVE & IMPROPER WORK

3. ( ) DRINKING ON DUTY      8. ( ) LEAVING WITHOUT PERMISSION    13. ( ) CARELESSNESS

4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL    9. ( ) HOUSEKEEPING    14. ( ) DESTRUCTION OF COMPANY PROPERTY

5. ( ) INSUBORDINATION       10. ( ) IMPROPER CONDUCT

## REMARKS

Jeff has been warned several times about clocking in & out for lunch. He is supposed to take a lunch hr every day and be back before 1pm. On 8/21/00 he did not clock in or out at lunch.

_____
Signature of Supervisor

_____
I have read this report --- Signature of Employee

Couldn't find him

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

_____        _____
Personnel Department                    Date