EXHIBIT 22

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

NAME: Jeffery Denton

DEPARTMENT: 

DATE OF WARNING: 9/6/00

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION
6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. (X) IMPROPER CONDUCT
11. ( ) VIOLATION OF SAFETY RULES
12. ( ) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

### REMARKS

Arguing And Threating Remarks with Fellow Employees will not be Tolerated in The Workplace

Signature of Supervisor

I have read this report -- Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department          Date