Blumberg No. 5119

EXHIBIT
23

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

_Jeffrey Denton_                      _Service_                    _Sept 6-00_
NAME                                  DEPARTMENT                   DATE OF WARNING

1. ( ) UNREPORTED ABSENCE          6. (✓) FAILURE TO OBEY ORDERS       11. ( ) VIOLATION OF SAFETY RULES

2. (✓) TARDINESS                   7. ( ) FIGHTING ON COMPANY PREMISES  12. ( ) DEFECTIVE & IMPROPER WORK

3. ( ) DRINKING ON DUTY            8. ( ) LEAVING WITHOUT PERMISSION    13. ( ) CARELESSNESS

4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL    9. ( ) HOUSEKEEPING    14. ( ) DESTRUCTION OF COMPANY PROPERTY

5. (✓) INSUBORDINATION             10. ( ) IMPROPER CONDUCT

### REMARKS

Jeffrey was late back from lunch again and clocked back in then I spoke him Peters and told him he had to leave again at same time, he did not clock back out he called me approx 2PM and said his wife took her car that he was driving and
See reverse side

Signature of Supervisor _[signature]_

I have read this report - - - _[signature]_ Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

_____
Personnel Department          Date

went back to work and wanted to know if I needed him to come back to work, I told him yes he needed to get back here because we are backed up in miscellaneous work and the miscellaneous technicians were having to do his work, he said he could get a ride back to work and he would be in.

Jeffrey never showed back up and Claudia said she answered my phone at 3:05 PM and Jeffrey told her to tell me he would not be back to work.