
EXHIBIT 24

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

| Jeffrey Denton | Service | 9/7/00 |
|---|---|---|
| NAME | DEPARTMENT | DATE OF WARNING |

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION
6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. (✓) IMPROPER CONDUCT
11. ( ) VIOLATION OF SAFETY RULES
12. (✓) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

### REMARKS

On 9/6/00 RO#319388 vehicle came in for 6K service, after removing rear wheels to inspect rear brakes, found brake drum cut past thru vehicle, history showed Jeff Denton being paid to inspect brakes previously on RO#197369 dated 8/19/99.

See Reverse side

_____
Signature of Supervisor

I have read this report - - - - - - Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department                Date

Mr. Stewart took Jeffrey over to the vehicle and showed him the brake drum clips were still on the vehicle and we went to the office & pulled the previous RO where Jeffrey wrote up that he inspected the rear brakes and was flagged for the inspection and paid on that RO 197069.

Mr. Stewart and myself took Jeffrey to Mr. Stewart's office and told him he was going to be written up. Jeffrey replied that he should be and referenced the date to be a time period that his mother in law or someone passed away and he may not have been thinking clearly.

The point being that with the rear brake drum clips still on the vehicle, clearly Jeffrey did not remove the drums to inspect the rear brakes when he was paid to do so on RO #197069 dated Aug 19th of 99.

*[signature: Jeffrey Stewart]*