EXHIBIT 25

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

| NAME | DEPARTMENT | DATE OF WARNING |
|---|---|---|
| Jeffrey Denton | Oldsten(?) | 10/3/00 |

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. (X) INSUBORDINATION
6. (X) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. (X) IMPROPER CONDUCT
11. ( ) VIOLATION OF SAFETY RULES
12. ( ) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

### REMARKS

On Tue Oct 3rd 12:03 PM I watched Jeffrey walk out the back service door with keys to a stock vehicle #40013, the vehicle had already been PDI'd by another tech #148 on Aug 5th, he took a stock unit to go to lunch and he has been told before not to take new vehicles for personal business this conduct will not be tolerated in the future. Jeffrey has also been told on several occasions to clock in and out for lunch and on 10/2/00 + 10/3/00 he did not clock in or out at lunch.

Signature of Supervisor

I have read this report -- Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department        Date

I Don't Know

No Comment

[signature]