Blumberg No. 5119

EXHIBIT
26

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

Jeffery Denton _____ 10/13/2000
NAME                  DEPARTMENT              DATE OF WARNING

1. ( ) UNREPORTED ABSENCE        6. ( ) FAILURE TO OBEY ORDERS          11. ( ) VIOLATION OF SAFETY RULES

2. ( ) TARDINESS                 7. ( ) FIGHTING ON COMPANY PREMISES    12. (X) DEFECTIVE & IMPROPER WORK

3. ( ) DRINKING ON DUTY          8. ( ) LEAVING WITHOUT PERMISSION      13. (X) CARELESSNESS

4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL    9. ( ) HOUSEKEEPING    14. ( ) DESTRUCTION OF COMPANY PROPERTY

5. ( ) INSUBORDINATION           10. ( ) IMPROPER CONDUCT

### REMARKS

Oil on RO # 222095 was not drained & new oil was added to crankcase causing 8 qts of oil in engine causing excessive exhaust smoke. You must check oil level before car leaves shop.

_____
Signature of Supervisor

I have read this report - - - - - - _____
                                    Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

_____   _____
Personnel Department              Date