EXHIBIT 27

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

Jeffery Denton                                                              10/19/00
NAME                          DEPARTMENT                     DATE OF WARNING

1. ( ) UNREPORTED ABSENCE      6. ( ) FAILURE TO OBEY ORDERS      11. ( ) VIOLATION OF SAFETY RULES

2. ( ) TARDINESS               7. ( ) FIGHTING ON COMPANY PREMISES 12. ( ) DEFECTIVE & IMPROPER WORK

3. ( ) DRINKING ON DUTY        8. ( ) LEAVING WITHOUT PERMISSION  13. (X) CARELESSNESS

4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL   9. ( ) HOUSEKEEPING   14. ( ) DESTRUCTION OF COMPANY PROPERTY

5. ( ) INSUBORDINATION         10. ( ) IMPROPER CONDUCT

### REMARKS

Customer brought in own oil qts. Eng. holds 5, Tech did not put extra quart back in customer's car, & cust. had to come back in and ask for his quart of oil back, which tech kept.

_____
Signature of Supervisor

I have read this report _____
                        Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department          Date