EXHIBIT 28

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

___Jeffrey Denton___    ___Olds Service___    ___11/4/00___
NAME                     DEPARTMENT            DATE OF WARNING

1. ( ) UNREPORTED ABSENCE      6. ( ) FAILURE TO OBEY ORDERS        11. ( ) VIOLATION OF SAFETY RULES

2. ( ) TARDINESS               7. ( ) FIGHTING ON COMPANY PREMISES  12. (X) DEFECTIVE & IMPROPER WORK

3. ( ) DRINKING ON DUTY        8. ( ) LEAVING WITHOUT PERMISSION    13. (X) CARELESSNESS

4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL  9. ( ) HOUSEKEEPING  14. ( ) DESTRUCTION OF COMPANY PROPERTY

5. ( ) INSUBORDINATION        10. (X) IMPROPER CONDUCT

### REMARKS

On Sat. 11/04/00 Jeffrey was performing a 6k service on car, during tire rotation he did not tell/advised the wheels on drivers side were missing 2 lug nuts and he crossthreaded 1 lug nut on left rear wheel that was not tight and 1 lug nut on rt front wheel was crossthreaded and he turned the car over to another tech to test drive in that condition.

___Signature of Supervisor___

I have read this report ___Signature of Employee___

Dan't tighten lug on passenger front + rear

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department        Date

*[Handwritten service order / repair estimate form from Columbia Oldsmobile/Isuzu/Hyundai, Cincinnati, OH. Customer: Ebbie Baker, 2424 East Galbraith Rd, Cincinnati, OH 45237. Phone: 821-5349. Date: 11/04/00, time received 08:10am, promised 01:00pm. Vehicle: 93 Oldsmobile Achieva S CPE/ACHIEVA, red. Mileage: 7001. R.O. No. 22357. Customer No. 45602.]*

Labor instructions:
1. C *020LZ04 — 6000 MILE SERVICE. MENU INCLUDES ALL 3,000 MILE SERVICES PLUS THE FOLLOWING 6A, 6B, 8A, 9A, 13D, 13G
2. C 040LZ06 — ALIGN FRONT END. CUSTOMER STATES PULLS TO RT.

*check for pulling — please*
*on rotation of tires*
*do we have one?*
*align left front wheel*
*"left rear — 1° thrust on rotating wheel 3 only*
*right front to see if vehicle stops pulling*
*for pulling condition*

Parts: 23.70
Labor: 69.60
Total: *[illegible]*

WAITING

ORIGINAL CUSTOMER ESTIMATE
PAGE 1 OF 1   223575