Blumberg No. 5119

EXHIBIT

29

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

_Jeffrey Denton_                    _Oldo Service_                    _Nov 15-00_
NAME                                  DEPARTMENT                        DATE OF WARNING

1.  ( ) UNREPORTED ABSENCE          6.  (X) FAILURE TO OBEY          11. ( ) VIOLATION OF
                                             ORDERS                           SAFETY RULES

2.  ( ) TARDINESS                   7.  ( ) FIGHTING ON COMPANY      12. ( ) DEFECTIVE &
                                             PREMISES                          IMPROPER WORK

3.  ( ) DRINKING ON DUTY            8.  ( ) LEAVING WITHOUT          13. ( ) CARELESSNESS
                                             PERMISSION

4.  ( ) REPORTING UNDER THE         9.  ( ) HOUSEKEEPING            14. ( ) DESTRUCTION OF
        INFLUENCE OF ALCOHOL                                                 COMPANY PROPERTY

5.  ( ) INSUBORDINATION            10.  (X) IMPROPER CONDUCT

### REMARKS

On Nov 15th approx 2:45 PM. Mr Stewart was walking past Jeffrey going to the parts dept. overheard Jeffrey tell Scott Huck to go ahead and just get it off his chest or a taunting manner, Mr Stewart reprimanded Jeffrey and told him that taunting other employees would not be tolerated and that all incidents are to be brought to the attention of Service Mgr.

                                        _Robert C Brautigam Jr_
                                        Signature of Supervisor

I have read this report - - - - - Signature of Employee

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE
EMPLOYEE'S RECORD AS OF THIS DATE.

_____          _____
Personnel Department                        Date

Nov. 16 - 2000

Regarding meeting between Mr. Stewart, Jeff Denton and Bob Brautigam at approximately 2:55pm on Wed. Nov 15th - 2000.

Mr. Stewart was walking to the parts dept and overheard Jeff Denton make a comment to Scott Dick in a taunting manner. Jeffs comment to Scott was just go ahead and say it, get it off your chest!

Mr. Stewart had Jeff and myself come to his office. Mr. Stewart ask Jeff what he meant by that comment? Jeff replied, it was just a comment! Then Jeff proceeded to tell Mr. Stewart about numerous things that are done to taunt him, such as a pile of toilet paper put on his work bench. Mr. Stewart told Jeff he needs to report all incidents to the service management.

Jeff left the office and came back a few minutes later with a bunch of paper towel and said that this was in the place of the toilet paper, he ask to speak to Mr. Stewart at 5:00 PM and Mr. Stewart told him he could talk to him now.

Jeff told Mr. Stewart about incidents that happen he does not consider them to be worth running to management over. Mr. Stewart told him any incident needs to be brought to service management attention and that comments used in a manor such as to taunt another employee would not be tolerated by any employee. Mr. Stewart said furthermore the incident he had just mentioned are the first time he had

reported any incidents and he had been told that all incidents need to be reported to service management or to Mr. Stewart himself.

Mr. Stewart then proceeded to warn Jeff that if he ever heard Jeff taunting another employee again that he would take the sternest of actions.

Robert C. Brautigam Jr.
11/16/2000