EMPLOYEE DISCIPLINARY REPORT

EXHIBIT 30

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

JEFFERY DENTON     SERVICE (MECHANICAL)     11/27/00
NAME     DEPARTMENT     DATE OF WARNING

1. ( ) UNREPORTED ABSENCE     6. (✓) FAILURE TO OBEY ORDERS     11. ( ) VIOLATION OF SAFETY RULES

2. ( ) TARDINESS     7. ( ) FIGHTING ON COMPANY PREMISES     12. (✓) DEFECTIVE & IMPROPER WORK

3. ( ) DRINKING ON DUTY     8. ( ) LEAVING WITHOUT PERMISSION     13. ( ) CARELESSNESS

4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL     9. ( ) HOUSEKEEPING     14. ( ) DESTRUCTION OF COMPANY PROPERTY

5. ( ) INSUBORDINATION     10. (✓) IMPROPER CONDUCT

REMARKS

Improper dress - not in uniform after repeated warnings - Defective work repeatedly warned - attached see R.O. - Customer Syptes grease fittings have not be greased

_Signature of Supervisor_

I have read this report --- Signature of Employee

THE ABOVE OFFENCE OR OFFENCES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYER'S RECORD AS OF THIS DATE.

Personnel Department     DATE



*Columbia Oldsmobile / Hyundai*

"I-275 and Montgomery Road"
10981 Montgomery Road
**CINCINNATI, OHIO 45249**

| PHONE | |
|---|---|
| SERVICE: | 489-4424 |
| BODY SHOP: | 489-7381 |
| MAIN: | 489-2000 |

**SERVICE HOURS**
MON-FRI  7:30 am - 6:00 pm
SAT  8:00 am - 12:00 noon

Mr. COLUMBIA MOTORS, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and COLUMBIA MOTORS, Inc. neither assumes nor authorizes any other person to assume for it any liability in connection with the sale.

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 25898 | MICHAEL J MATTIS  111 | 926 | 11/15/00 | 0LCS224283 |
| | LABOR RATE | LICENSE NO. | COLOR | STOCK NO. |
| ROGER TIEGS | | MILEAGE | | |
| 3050 HAMPTON CT. | | 16141 | | |
| | YEAR / MAKE / MODEL | | DELIVERY DATE | DELIVERY MILES |
| | 99/OLDSMOBILE/BRAVADA/BRAVADA | | 04/17/99 | 21 |
| | VEHICLE I.D. NO. | | SELLING DEALER NO. | PRODUCTION DATE |
| MAINEVILLE, OH 45039 | 1GHDT13W1X2713397 | | | |
| | F.T.E. NO. | P.O. NO. | R.O. DATE | |
| | | | 11/15/00 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | |
| 677-8873 | 880-9444 | | | |

```
LABOR & PARTS              OIL FILTER & LUBE    HOURS    TECH(S) 52         8.75
J# 1 020LZ04
         MAINTENANCE SERVICE INCLUDING CHECKING OF ALL FLUID LEVELS
         ADJUSTING TIRE INFLATION
         RECOMMENDED EVERY 3000 MILES AS PER SCHEDULE 1 OF YOUR
         MAINTENANCE BOOK
         CHANGE ENGINE OIL, OIL FILTER AND LUBRICATE CHASSIS
         TOP OFF ALL FLUID LEVELS.

PARTS     QTY.  FP NUMBER       DESCRIPTION              UNIT PRICE
JOB # 1    1    PK52            OIL CHANGE                   11.20       11.20
JOB # 1    1    25171377        FILTER 1.836                 ****        ****
JOB # 1    5    OIL             BULK                         ****        ****
                                         JOB # 1 TOTAL PARTS             11.20
                                         JOB # 1 TOTAL LABOR & PARTS     19.95

JC #    CODE       DESCRIPTION                    CONTROL NO.
J# A     10        SHOP SUPPLIES                                          0.61
                                                  TOTAL - MISC            0.61

TOTALS
WE ARE PROUD OF OUR SERVICE DEPARTMENT            TOTAL LABOR....          8.75
THANK YOU FOR USING COLUMBIA SERVICE              TOTAL PARTS....         11.20
(*) BY PART # DENOTES GOODWRENCH                  TOTAL SUBLET...          0.00
SERVICE PLUS LIFETIME WARRANTY PART!              TOTAL G.O.G.             0.00
                                                  TOTAL MISC CHG           0.61
PAID BY     CASH                                  TOTAL MISC DISC          0.00
            CHECK                                 TOTAL TAX....            1.25
            AMEX
            DISCOV                                TOTAL INVOICE $         21.81
            MC
            VISA
```

CUSTOMER SIGNATURE

*JCM To Call Cust. 11/27*

*11/17 somewhat satisfied - they didn't grease all the fittings. everyone was nice*

PAGE 1 OF 1       OPINION COPY       [ END OF INVOICE ]       14:05:55