## Columbia Oldsmobile / Hyundai

**I-275 and Montgomery Road**
10981 Montgomery Road
Cincinnati, Ohio 45249
(513) 489-2000

HYUNDAI

11/27/2000

Jeffery Denton was Terminated on Monday 11/27 for improper work being done. On R.O. #224283 MR. Triggs stated that all his grease fittings were not Lubed + felt we did not do a proper job. He made a statement to me that not greasing the joints would cause premature wear on the parts. Jeffery has been cautioned on several occasions to grease ALL the fittings when performing a Lube job.

