EXHIBIT 32

## EMPLOYEE DISCIPLINARY REPORT

To Personnel Department:

The following warning was issued today and I desire that the warning be made a part of the official record.

**Jeffery Denton**

| NAME | DEPARTMENT | DATE OF WARNING |

1. ( ) UNREPORTED ABSENCE
2. ( ) TARDINESS
3. ( ) DRINKING ON DUTY
4. ( ) REPORTING UNDER THE INFLUENCE OF ALCOHOL
5. ( ) INSUBORDINATION

6. ( ) FAILURE TO OBEY ORDERS
7. ( ) FIGHTING ON COMPANY PREMISES
8. ( ) LEAVING WITHOUT PERMISSION
9. ( ) HOUSEKEEPING
10. ( ) IMPROPER CONDUCT

11. ( ) VIOLATION OF SAFETY RULES
12. (X) DEFECTIVE & IMPROPER WORK
13. ( ) CARELESSNESS
14. ( ) DESTRUCTION OF COMPANY PROPERTY

### REMARKS

Brake Fluid was not Topped off on 6,000 mi Service on 10/10/2000 RO #221849, Customer had to return on 10/13/2000 with Brake Lite comming on, Brake Fluid was low.

_Signature of Supervisor_

I have read this report - - - - - Signature of Employee

Agree with complaint

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S RECORD AS OF THIS DATE.

Personnel Department        Date