Case 1:02-cv-00422-TSH   Document 47-34   Filed 02/28/2005   Page 1 of 9
Jeffrey Denton, et al. vs. Columbia Oldmobile                    ROBERT BRAUTIGAM
May 1, 2003

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - -

JEFFREY DENTON, et al.,          :
                                 :
        Plaintiffs,              :
   vs.                           : Case No. C-1-02-422
                                 : Consolidated with
COLUMBIA OLDSMOBILE, INC.,       : Case No. C-1-02-466
et al.,                          :    (Volume I)
                                 :
        Defendants.              :
                                 :
- - - - - - - - - - - - - - -


        Deposition of ROBERT BRAUTIGAM, a

defendant herein, called by the plaintiffs for

cross-examination, pursuant to the Federal Rules of

Civil Procedure, taken before me, Connie Dupps, a

Registered Professional Reporter and Notary Public

in and for the State of Ohio, at the offices of

Lindhorst & Dreidame, 2300 Scripps Center, 312

Walnut Street, Cincinnati, Ohio, on Thursday, May 1,

2003, at 10:30 AM.


                              Pages:  1 - 137

Case 1:02-cv-00422-TSH   Document 47-34   Filed 02/28/2005   Page 2 of 9

Jeffrey Denton, et al. vs. Columbia Oldmobile  ROBERT BRAUTIGAM
May 1, 2003

Page 42

1  Q. Okay.
2  A. And depending on what dispatch determines
3  what that time frame or time period is or should be.
4  Q. So the repair tech or whoever is doing the
5  work fills it out, what they've done, and then they
6  take that when they're finished, what do they do
7  with that, this repair order, where does it go?
8  A. Turn it back into the dispatcher.
9  Q. What happens then?
10  A. If there is other jobs on it he puts it up
11  on the rack to be dispatched to another
12  classification. If the job, if the car, is
13  completed and the repairs are finalized and
14  completed, he gives it back to the service advisor,
15  they bill the ticket and call the customer.
16  Q. And when do you become involved in that
17  situation, if there's a problem would you become
18  involved?
19  A. Depending on the circumstance at any point
20  in time.
21  Q. Well, I mean, the dispatcher can call you,
22  serviceman, the repair person, anybody can call you,
23  but if you don't get a call you're probably thinking
24  it's going pretty smooth?

Page 43

1  A. Exactly.
2  Q. And then anybody can call you to get
3  involved and then you try to take care of the
4  problem?
5  A. Exactly.
6  Q. And when Jeff Denton started working
7  there, what was his classification?
8  A. He was hired as a maintenance tech.
9  Q. What's that mean?
10  A. Just working on the lube rack.
11  Q. Did you hire him?
12  A. Yes, I did.
13  Q. Did you talk to him when you hired him?
14  A. Yes, I did.
15  Q. Was anybody else present when you hired
16  him?
17  A. I don't believe there was.
18  Q. Did you take any notes of the conversation
19  you had with him when you hired him?
20  A. I don't recall taking any notes.
21  Q. Do you recall the conversation between you
22  and Mr. Denton when you hired him?
23  A. To an extent.
24  Q. Okay. Tell me what your best memory is as

Page 44

1  to what you said to him and he said to you.
2  A. Initially he come from our sister store
3  because he was going to be released from our sister
4  store for the job classification that he was hired
5  at that store. They had asked me if I had any
6  openings and at the point in time I did have for the
7  lube rack.
8  Interviewed him for that position and for
9  the salary, asked him about his driver's license,
10  because we run his driver's license, verify records
11  for our insurance company, and then agreed on the
12  date for him to come to work.
13  Q. Anything else you remember?
14  A. No.
15  Q. Do you remember where the conversation
16  took place?
17  A. In my office.
18  Q. And who did you talk to at the sister
19  store that told you that they were releasing Jeff?
20  A. Greg Volz.
21  Q. Did you confirm anything in writing with
22  Mr. Denton when he was hired as to what position he
23  did?
24  A. With his application and with his payroll

Page 45

1  slip.
2  Q. No letter of employment, he didn't send a
3  letter out to you?
4  A. No.
5  Q. And you don't recall, I take it, at this
6  point what Mr. Denton said to you in this meeting?
7  A. Said that he would come to work for us,
8  that he would work at the job that I had interviewed
9  him for.
10  Q. Anything else you remember?
11  A. At the rate that we had discussed.
12  Q. Anything else you remember?
13  A. (Shaking head.)
14  Q. Did you have the right to hire people in
15  your position?
16  A. I'm sorry?
17  Q. Did you have the right to hire people in
18  your position?
19  A. Yes, I did.
20  Q. Did you have to have those hires approved
21  by Mr. Peters or Mr. Stewart?
22  A. I'm sorry?
23  Q. The people that you hired, before they
24  were hired would there have to be an approval by

Case 1:02-cv-00422-TSH    Document 47-34    Filed 02/28/2005    Page 3 of 9

Jeffrey Denton, et al. vs. Columbia Oldmobile                    ROBERT BRAUTIGAM
May 1, 2003

Page 46

1  either Mr. Peters or Mr. Stewart?
2     A. No.
3     Q. Did you have a right to fire people as
4  well?
5     A. I did.
6     Q. And those terminations, did they have to
7  be approved by anyone before they were terminated?
8     A. No.
9     Q. Did you review Jeff Denton's application
10 that he had given to Greg Volz before you hired him?
11    A. I did not.
12    Q. Did he?
13    A. I spoke to Greg Volz about the situation
14 for him coming to work -- or wanting to come to work
15 up at our store.
16    Q. Did you have him fill out a new
17 application, Mr. Denton, when you hired him?
18    A. I can't recall.
19    Q. Did Mr. Denton tell you, tell you,
20 anything that was untrue, you found out later was
21 untrue at the time that you hired him?
22    A. I don't believe so.
23       MR. TAMARKIN: Let's take a couple
24    minutes.

Page 47

1        (Brief recess.)
2        (Mr. Tucker and Mr. Denton left the room.)
3        MR. TAMARKIN: Okay. Let's go back on the
4     record. Can you read back the last question.
5  (The record was read back by the court reporter.)
6     Q. Did Mr. Denton during his employment do
7  any work which was beyond his classification as a
8  lube tech?
9     A. No.
10    Q. Can you -- was there a written description
11 for a lube tech that you're aware of?
12    A. No.
13    Q. Can you tell me what the responsibilities
14 are of a lube tech?
15    A. The bases go from an oil and filter
16 change, which would consist of topping off fluid
17 levels, adjusting tire pressures, routine
18 inspections, lubing hinges, things like that, lubing
19 the chassis to a minor service interval which also
20 entails rotating the tires and performing brake
21 inspections.
22    Q. What type of things -- what wouldn't he be
23 able to do in his category that a service tech would
24 do, numerous I guess?

Page 48

1     A. Anything outside of the realm of his
2  classification.
3     Q. And it's your testimony he wasn't assigned
4  any of the responsibilities other than basically
5  what you testified to?
6     A. Right.
7     Q. Is there a difference in pay between a
8  lube tech and service tech generally?
9     A. There's a wide spectrum of difference in
10 pay. You can be a service technician also and be
11 paid at a different rate, at a lower classification,
12 than what a master technician is.
13    Q. So the pay that people got that you
14 supervise was not based on position, it was based on
15 maybe seniority, how they did, and that type of
16 thing, it varied, is that what you're saying?
17    A. Based on classification, negotiated
18 salary, flat rate, and it was based on what their
19 expertise, their experience, and their education
20 was.
21    Q. Okay. And I assume their performance as
22 well because they got raises if they were good?
23    A. Exactly.
24    Q. Do you know -- excuse me. Was the people

Page 49

1  getting paid an hourly rate no matter how much work
2  they did or were they paid by how much work they
3  did?
4     A. It depends on what their negotiated
5  classification was.
6     Q. Jeff Denton, how was he paid?
7     A. He was paid on a flat rate basis as well
8  as a clock hour basis.
9     Q. You better explain that to me because I
10 don't understand it.
11    A. Flat rate technician, if you do an oil and
12 filter change, it pays three-tenths of an hour labor
13 in order to perform that duty, which is
14 approximately 18 minutes. And if he does it in 12,
15 he still gets paid three-tenths of an hour. If he
16 does it in 24 minutes, he still gets paid
17 three-tenths of an hour.
18       And if indeed we were slow at a period of
19 time where the volume of business had dropped off
20 because of weather, because of the time of year, at
21 that point I also had him on a clock hour pay also,
22 which was, I believe, $8.50 an hour. So if he was
23 slow and he only turned 20 flag hours in a week's
24 time, the balance of those hours that he was there

Case 1:02-cv-00422-TSH   Document 47-34   Filed 02/28/2005   Page 4 of 9

Jeffrey Denton, et al. vs. Columbia Oldmobile
May 1, 2003
ROBERT BRAUTIGAM

Page 50

1  on the job on his clock hours, the balance of those
2  hours, I paid him $8.50 an hour.
3     Q. Were other employees paid that way as well
4  that you supervised?
5     A. Usually apprentice technicians.
6     Q. Was Jeff Denton considered an apprentice
7  technician?
8     A. No, but his job classification had -- it
9  was one of those jobs where it could have it's ups
10 and downs as far as volume of business, and at that
11 point we give our maintenance lube technicians
12 something to fall back on.
13        In other words, I don't want them there
14 working 40 to 44 hours a week if they only turn 20
15 flag hours. Some of my technicians only get the
16 flag hours they turn, but the maintenance lube
17 technicians get paid the balance of their clock
18 hours less their flag hours.
19    Q. Okay. Were there --
20    A. And the apprentices.
21    Q. Were there other lube technicians that
22 would work at the same time as Jeff Denton?
23    A. Al Parker.
24    Q. Al Parker is an African-American?

Page 51

1     A. Yes, he was.
2     Q. Was Al Parker paid the same rate as
3  Mr. Denton at the same time?
4     A. Al was part-time when Jeffrey came in. He
5  was paid flat rate.
6     Q. Hourly rate no matter what he did?
7     A. Flat rate hours, yes, no matter what he
8  did, but he was part-time. He worked until 1:00
9  p.m. in the afternoon.
10    Q. Were there any Caucasian lube technicians
11 at the time Jeffrey was there?
12    A. At the time Jeffrey was there, no.
13    Q. And who replaced Jeffrey as a lube
14 technician after he was separated?
15    A. Cedric Rosier, R O S I E R.
16    Q. Okay. Is Cedric Rosier an
17 African-American?
18    A. Yes, he was.
19    Q. How is he paid?
20    A. He's paid flat rate and clock hours.
21    Q. Same as Jeff?
22    A. Yes, at a different rate.
23    Q. At a different rate, okay, but same
24 formula?

Page 52

1     A. The same basis, same formula, yes.
2     Q. Is Cedric still there?
3     A. Yes, he is.
4     Q. And did you hire Cedric Rosier?
5     A. Yes, I did.
6     Q. Did you advertise for a position for lube
7  tech after Mr. Denton was separated?
8     A. I can't recall if we advertised or if he
9  was referred to us. I don't recall offhand.
10    Q. Did you interview other people besides
11 Mr. Rosier for that position?
12    A. I don't recall offhand.
13    Q. At the time that Mr. Denton was working
14 there, the other people that you supervise that
15 actually did work on cars, what were -- were they
16 paid different ways, all those different people,
17 like different people are paid different ways
18 depending on what they negotiated with you?
19    A. And their job classification, yes.
20    Q. Okay. Let's just take somebody, Jeff
21 Watts, let's just use his name for example, okay,
22 Jeff Watts' classification was a service tech?
23    A. Yes.
24    Q. Okay.

Page 53

1     A. He was a drivability technician.
2     Q. And was he paid differently than
3  Mr. Denton?
4     A. Yes.
5     Q. How was he paid?
6     A. Flat rate.
7     Q. Okay. And what about Scott Dick, how was
8  he paid?
9     A. He was paid flat rate also. Scott Dick
10 did have a guarantee though, it was like -- it was
11 different. Instead of clock hours he actually had a
12 guarantee because he's an automatic transmission
13 specialist.
14    Q. And what about Mark Fry, how was he paid?
15    A. He was flat rate.
16    Q. What other employees were paid similar to
17 Mr. Denton, if you can tell me, that worked at the
18 same time he did?
19    A. Paid on a similar pay plan, the same type
20 of formula?
21    Q. Yes, the same type of formula.
22    A. I know I had to have apprentices there at
23 the point in time.
24    Q. But you don't know who they are?

Case 1:02-cv-00422-TSH   Document 47-34   Filed 02/28/2005   Page 5 of 9

Jeffrey Denton, et al. vs. Columbia Oldmobile					ROBERT BRAUTIGAM
May 1, 2003

Page 54

1  A. I can't recall who they would have been.
2  Q. Besides apprentices what other people who
3  were not apprentices were paid in the same way as
4  Mr. Denton and Mr. Parker were?
5     (Mr. Denton and Mr. Tucker entered the room.)
6  A. In the same formula, none.
7  Q. Okay. Were there other employees that
8  worked there at the same time as Mr. Denton who were
9  not paid a flat rate?
10 A. Technicians or employees?
11 Q. Technicians, people that you supervised.
12 A. There were technicians that were paid flat
13 rate that also had a guarantee.
14 Q. Okay. Besides them that were not paid a
15 flat rate?
16 A. No.
17 Q. And were any of those African-Americans?
18 A. No, there were not.
19 Q. Were there any other African-Americans
20 that you supervised when Mr. Denton was there other
21 than Mr. Tucker, Mr. Denton, and Mr. Parker?
22 A. When Jeffrey was there, no.
23 Q. And when you interviewed Mr. Rosier, is
24 it, for the job after Mr. Denton left?

Page 55

1  A. (Nodding head.)
2  Q. Did you inform him at that point that
3  Mr. Denton had filed an EEOC charge at that time?
4  A. I did not.
5  Q. Do you know if anybody informed him that
6  there was an EEOC claim pending?
7  A. I don't know for a fact that I was aware
8  of the fact that he had filed an EEOC claim at that
9  point in time.
10 Q. Nobody -- you can't say one way or another
11 whether anybody notified you there had been a charge
12 filed?
13 A. I can't say.
14 Q. Is it your testimony that you weren't
15 aware of Mr. Denton's first charge of discrimination
16 that he filed with regard to the, you know, the
17 issue regarding carbon monoxide and him in the room?
18 A. With the EEOC?
19 Q. Yes.
20 A. At the point in time I hired Cedric
21 Rosier, no, that's the time frame you're asking.
22 Q. So Mr. Stewart, nor Mr. Peters, nor
23 Mr. Langenbahn, or anybody else hadn't talked to you
24 at that point when you hired Mr. Rosier about

Page 56

1  Mr. Denton's EEOC charge?
2  A. Not that I'm aware of.
3  Q. And how was Andre Tucker paid when he was
4  hired?
5  A. Hourly.
6  Q. Were there any car lot people or -- well,
7  let me ask you this. What was his job when he was
8  hired?
9  A. He was to wash the service cars, customer
10 service cars.
11 Q. And did you hire him?
12 A. Yes, I did.
13 Q. Did you have a conversation with him when
14 you hired him?
15 A. Yes, I did.
16 Q. Do you recall that conversation?
17 A. Not right offhand.
18 Q. Do you recall what job he applied for?
19 A. For the service car wash.
20 Q. Do you recall him telling you that he was
21 applying for a lube tech position?
22 A. No.
23 Q. Did Mr. Tucker fill out an application
24 when he started working for you?

Page 57

1  A. I'm sure he did.
2  Q. Did you review the application probably; I
3  mean, is that your normal procedure when you
4  interviewed him?
5  A. Would be, yes.
6  Q. Did he interview with anybody else besides
7  you?
8  A. No, he did not.
9  Q. And did you know at the time that he was
10 related to Mr. Denton?
11 A. He was referred by Mr. Denton.
12 Q. While Mr. Denton was employed by Columbia
13 Oldsmobile did you ever hear anybody make any racial
14 slurs?
15 A. No.
16 Q. Never heard Mark Fry, Scott Dick, Jeff
17 Watts make any racial slurs?
18 A. No.
19 Q. Did -- tell me the atmosphere at the --
20 where you supervised with regard to playing
21 practical jokes on one another at the time that
22 Mr. Denton worked there?
23 A. They were brought to my attention.
24 Practical jokes were something that just about

Case 1:02-cv-00422-TSH   Document 47-34   Filed 02/28/2005   Page 6 of 9

Jeffrey Denton, et al. vs. Columbia Oldmobile  ROBERT BRAUTIGAM
May 1, 2003

**Page 98**

1 third sentence down in the second paragraph, and
2 read through that and then I want to ask you some
3 questions about it. Have you had a chance to review
4 that paragraph?
5    A. Um-hmm.
6    Q. Okay. Is that an accurate description of
7 what happened on or about February 22nd with regard
8 to the ventilation system?
9    A. No.
10   Q. Okay. Tell me your version, what you
11 understand happened.
12   A. I was over in our Acura store the majority
13 of the day, and it was late in the afternoon, and
14 when I had come back over to the other store I had
15 come in there and Linda Honican came out and told me
16 that Jeffrey was in the break room and was sick from
17 his stomach.
18      And she told me Mark Fry and Jeff Watts
19 had taken a hose and put it over in the break room,
20 started a car up and filled it, the break room, up
21 with smoke and Jeff had come running out.
22      He was already sick from his stomach, and
23 she had him in the cashier's office trying to get
24 him to feel better, find out, you know, what kind of

**Page 99**

1 shape he was in and that. And I went in and I
2 talked to him and asked him what had happened, asked
3 him if he needed to go home, told him to go ahead
4 and go home, he was sick.
5      And then at that point I went out and
6 talked to Mark Fry and Jeff Watts and asked them
7 what the hell they thought they were doing, and that
8 was based off of conversation from Linda Honican who
9 was our cashier at that time.
10   Q. Anything else that you did that day with
11 regard to this incident?
12   A. Took it to Jim Peters and told him that we
13 had a major incident, that was something that we
14 needed to discipline Mark Fry and Jeff Watts over,
15 and wanted to know what he thought we should do.
16   Q. What did Mr. Peters say?
17   A. He said -- well, at that point in time I
18 believe they were both gone because I don't think
19 Jim was at our store that day, when he got back it
20 was late, it was after 5:00. I told him about it
21 and then he said we need to have a meeting with them
22 the following morning.
23      That following morning we took Mark Fry
24 and Jeff Watts and Jim Peters and myself and had a

**Page 100**

1 meeting with them. Told them there was going to be
2 a disciplinary action, at that point in time we
3 didn't know to what extent, and that Mr. Peters was
4 going to talk it over with Mr. Stewart and we would
5 let them know at that point what the disciplinary
6 action was going to be.
7    Q. And when you approached Mark Fry and Jeff
8 Watts about this on the day that it occurred, what
9 did they tell you?
10   A. The time line, I'm not 100 percent sure
11 that I talked to them that night, it was late in the
12 day when it happened, and I don't know for a fact
13 that Jeff Watts and Mark Fry were still there. And
14 the following morning is when Jim Peters and myself
15 talked to them.
16   Q. Okay. So it's a little blurry, you're
17 telling me you could have talked to them that day,
18 but you don't have a --
19   A. I can't remember. I know it was late in
20 the afternoon, but how late that afternoon I don't
21 know. I believe that they were still there. I
22 believe that they were still there because I was
23 pretty mad, went back and asked them what the hell
24 they thought they were doing.

**Page 101**

1    Q. And you can't remember what they said?
2    A. No.
3    Q. Did they admit to it at that point?
4    A. Yes.
5    Q. Oh, they did admit to it?
6    A. That night or the following morning, I
7 can't really distinguish that time line. Jeffrey
8 had left, he had left to go home. It's, like I
9 said, it was late in the day, so it's difficult to
10 distinguish whether -- what the time line was or
11 whether they were both there still, but we did know
12 that it was them that did it.
13   Q. Was Tom Carey involved?
14   A. No.
15   Q. So Tom Carey --
16   A. It was never brought to my attention that
17 Tom Carey was ever involved in the smoke in the
18 break room incident.
19   Q. Has that ever happened to any other
20 employees, that type of, since you've been there 10
21 years, that type of incident?
22   A. Not smoke in the break room, no.
23   Q. Well, anything to do with putting an
24 exhaust from a car into some enclosed area?

Case 1:02-cv-00422-TSH   Document 47-34   Filed 02/28/2005   Page 7 of 9

Jeffrey Denton, et al. vs. Columbia Oldmobile  ROBERT BRAUTIGAM
May 1, 2003

Page 102

1  A. Technically not enclosed, but I've seen
2 technicians -- one side of the shop is drivability
3 technicians, right across the shop from them is
4 mechanical technicians, engine mechanical
5 technicians, if they have an engine apart and they
6 put the engine back together, if they start the car
7 up after that it will smoke where antifreeze comes
8 out of the exhaust pipe, and then at a point in time
9 the guys across the shop turn around and they start
10 doing the same thing in retaliation, but it's not
11 enclosed, per say. It's not like this room.
12  Q. Not so much like this where there was a
13 pipe being put in?
14  A. No, no, sir.
15  Q. So nobody has ever done this to a
16 Caucasian employee to your knowledge?
17  A. Not this situation, no, sir.
18  Q. And did you explore with these individuals
19 that did this whether they did it because of
20 Mr. Denton's race or color?
21  A. It wasn't -- I don't think that had become
22 an issue to me because of the fact that the time
23 line that was a prelude to that was a situation
24 where some of the other people there had gotten

Page 103

1 irritated from situations that had been building up
2 over a period of time.
3    Jeffrey would borrow money off of people,
4 borrow tools off of people, borrow cigarettes off of
5 people, and I've had complaints from several of
6 them. I've loaned Jeffrey money myself, not on the
7 frequency that, you know, that other people had told
8 me, that they had gotten tired of him doing that.
9    He would borrow tools and break them and
10 then take them back to them. It was a combination
11 of things that did not leave me in a position to
12 believe it had anything to do with race. It had to
13 do with the fact that there was irritation between
14 the people involved.
15  Q. So your answer is no, you did not approach
16 that subject with them as to whether this was
17 racially motivated?
18  A. Yes, I did not.
19  Q. Did you interview other employees as to
20 what occurred other than what you heard from Linda,
21 the two people who did it, and Jeff?
22  A. Not at the point in time.
23  Q. At any time?
24  A. Afterwards, yeah.

Page 104

1  Q. Who else did you talk to?
2  A. Everybody in the shop. We held a shop
3 meeting about people pulling pranks on each other,
4 and it being out of control, and we needed to be
5 there and be productive and not pulling pranks.
6 There was no room in a business environment to pull
7 pranks.
8  Q. Did you interview individual employees
9 about what occurred at the time that the hose was
10 put into the room other than those people you've
11 talked about?
12  A. After the fact, yes.
13  Q. Did you interview Richard Frederick as to
14 what he saw?
15  A. I believe Rocky volunteered what he knew
16 of it.
17  Q. Do you remember what he told you?
18  A. Just what the situation was. Mark and
19 Jeff put a hose in the break room and Jeffrey was in
20 there because he was sick.
21  Q. Did he tell you that they laughed at Jeff
22 and threatened to hit him when he got out, as he
23 puts in his affidavit?
24  A. No.

Page 105

1  Q. Did you take notes on these interviews
2 that you had with all of these individuals regarding
3 this incident?
4  A. No.
5  Q. And then what occurred following the
6 meeting you had with Fry and Watts the next day
7 along with Peters, what occurred after that with
8 regard to this incident?
9  A. Mr. Peters went to Mr. Stewart and asked
10 for his advice.
11  Q. And did you take any action yourself or
12 did you leave that to them at that point?
13  A. Left that to them.
14  Q. Were you involved in it in any further
15 way?
16  A. It was a situation that I was involved in
17 as far as their suspensions were concerned. As far
18 as them being suspended at the same time, I asked
19 that that not happen. I asked them to separate the
20 suspensions because they both do the same job in the
21 store, and so I asked that they be suspended at
22 different points in time instead of both of them
23 being suspended at the same time.
24  Q. Did you recommend they be terminated for

Case 1:02-cv-00422-TSH   Document 47-34   Filed 02/28/2005   Page 8 of 9

Jeffrey Denton, et al. vs. Columbia Oldmobile         ROBERT BRAUTIGAM
May 1, 2003

Page 106

1  this action?
2      A. I did not.
3      Q. Did anybody recommend they be terminated
4  from a management standpoint?
5      A. No, reprimanded, suspension, both of them
6  are long-term employees. Mark Fry had been with us
7  for probably 17 years. Jeff Watts had been with us
8  for probably 8 years. And at the point in time I
9  pretty much left it up to what my superiors thought
10 we should do.
11     Q. When -- you're familiar with automobiles,
12 that whatever comes out of the exhaust -- when it
13 comes out of the exhaust of a car, isn't that carbon
14 monoxide that comes out of that exhaust?
15     A. Yes, there is.
16     Q. So that's the kind of gas that was going
17 into the room where Jeffrey was?
18     A. Yes, it was.
19     Q. And do you have any knowledge of how
20 Jeffrey became aware of the fact that this was
21 happening?
22     A. I don't know. Number one, I still wasn't
23 in the store at the time of the incident. When I
24 came back and Jeffrey was in the cashier's office

Page 107

1  with Linda and she was tending to him, at that point
2  in time I did not know how or what the situation
3  was. Linda Honican had filled me in on what had
4  been done and at that point that's when I became
5  aware of what was going on.
6      Q. Did you interview Andre as to what
7  occurred?
8      A. No, I never did. The in-depth interviews
9  really didn't seem necessary because when we went to
10 them I mean they admitted, they didn't deny what
11 they had done. So it was like -- you know, it just
12 seemed like we had to deal with a situation where we
13 needed to deal with it, and the two people in it had
14 already admitted to doing it and at that point it
15 was up to us to decide what to do with them.
16     Q. And it's your testimony that prior to this
17 time Mr. Denton had not complained to you about the
18 fact that he was being treated differently because
19 of his race?
20     A. No.
21     Q. And I would like you to look at the last
22 sentence -- last two sentences on Plaintiffs'
23 Exhibit 5. Are we on 5 or 4?
24     MR. LANGENBAHN: 5.

Page 108

1      A. Okay. What am I reviewing here on this
2  No. 5, what sentence?
3      Q. The last couple sentences in the --
4      A. I'm a witness to other minorities?
5      Q. No, this is on the first page still, the
6  three played practical jokes on a lot of people
7  including him, but Denton was targeted because of
8  his race. Okay. And what I want to ask you is
9  what, if you know, what practical jokes did Carey,
10 Fry, or Watts play on other people that you're aware
11 of as reflected in this statement by Rocky, if there
12 are any, there may not be in your opinion?
13     A. As far as other employees bringing it to
14 my attention?
15     Q. Right.
16     A. That they had played practical jokes on
17 them, no. Hearsay, as far as technicians saying oh,
18 did you hear what they did to what's his face, yeah,
19 I've heard, but.
20     Q. Okay. No complaints to you, but what have
21 you heard, I would like to know what you've heard as
22 to what was common knowledge that these guys were --
23 what other kinds of practical jokes did they play?
24     A. I heard for years about the brake cleaner

Page 109

1  shot under the stalls and lighting it in the
2  restroom.
3      Q. And who complained about that?
4      A. Nobody has to complain about it. They
5  just ask about it. It happened to me at Devcon
6  Honda.
7      Q. Happened to you?
8      A. No, no, not to me. Happened to my
9  technicians telling me did you hear what we did to
10 what's his face. I had one of the technicians that
11 worked for me in my Acura store years ago, I don't
12 think you were even there, they charged a capacitor
13 and threw it to him and the capacitor discharged
14 when it grounded.
15         (Off the record.)
16     MR. TAMARKIN: Let's go back on the
17 record.
18 BY MR. TAMARKIN:
19     Q. I think we were talking about practical
20 jokes on a lot of people, and I was asking you what
21 other practical jokes you could remember and I think
22 you said nothing specific, but there was around the
23 plant you had heard, and you gave me examples then
24 of things that happened to you when you worked for

Case 1:02-cv-00422-TSH   Document 47-34   Filed 02/28/2005   Page 9 of 9

Jeffrey Denton, et al. vs. Columbia Oldmobile  ROBERT BRAUTIGAM
May 1, 2003

### Page 110

1  other people.
2      And I want an answer what other practical
3  jokes do you recall being around the plant or being
4  around the service shop when you worked for the
5  Joseph Group?
6     A. They talked about the brake cleaner under
7  the door and lighting it. Lithium grease was the
8  joke that just didn't stop with Rocky, I'm not sure
9  who all was involved in it, but it got to a point
10 where it was fairly creative. True master
11 technicians can be extremely creative at times.
12         (Mr. Denton entered the room.)
13     Q. Anything else you can remember that you
14 can give me specifics about, what the rumors were of
15 practical jokes?
16     A. About the hot sauce in food. Rocky
17 brought that to me.
18     Q. Did Jeffrey complain to you about that hot
19 sauce in food?
20     A. I don't recall that. I remember the bug
21 incident.
22     Q. Another time did he complain about hot
23 sauce in food?
24     A. No, I don't recall that.

### Page 111

1     Q. Hot sauce in his donuts, do you remember
2  him complaining about that?
3     A. I don't recall that. I read it earlier in
4  the depositions, but I don't recall that.
5     Q. Do you recall Jeffrey complaining to you
6  about the fact that -- you brought up about this
7  fire, you know, grease fires or something, did
8  Jeffrey complain to you about that?
9     A. No, from what I read in the deposition it
10 was a brake cleaning fire, wasn't that the one under
11 the stall door?
12    Q. Right. He never complained to you about
13 that?
14    A. I don't think he ever came to me about it.
15    Q. Did it happen to him?
16    A. Pardon?
17    Q. Did it happen to him?
18    A. I'm not sure it happened to him for a fact
19 because I wasn't in there, but I know it's happened
20 to people.
21    Q. But you don't know who?
22    A. Not right offhand, no.
23    Q. Is there something you can review that
24 would refresh your memory so that you would --

### Page 112

1     A. Just a period of years of -- no, there is
2  nothing out there that I can review to refresh my
3  memory as far as who specifically it happened to.
4     Q. Now, the second page of this document
5  talks about a picture of a dummy hanging from a
6  noose. Did you ever see anything like that?
7     A. I've seen the picture when it came to my
8  attention in some of the stuff that Jay's got.
9     Q. You never seen it before that?
10    A. No.
11    Q. Nobody ever showed it to you?
12    A. No.
13    Q. So the only time you've seen it is after
14 this lawsuit was filed?
15    A. The one you're speaking in reference of?
16    Q. Yes, Rocky.
17    A. Yes, that's the first time I've been aware
18 of that.
19    Q. Okay. And you never seen any other -- did
20 you ever see any nooses being hung up in the plant
21 at all?
22    A. No.
23    Q. Did you ever see any Barbie dolls being
24 hung up?

### Page 113

1     A. No.
2     Q. With wires on their necks?
3     A. No.
4     Q. How about did you ever see any Barbie
5  dolls being burned?
6     A. No.
7     Q. And did Mr. Denton ever complain to you
8  about that situation?
9     A. I believe that Jeffrey did say something
10 to me about the doll incident, but I didn't see it
11 happen. I believe Jeffrey did tell me about it and
12 I had gone out and I talked to Jeffrey, I was
13 talking to him about work or something at the point
14 in time, but I believe Jeffrey did say something
15 about that to me.
16    Q. The doll incident?
17    A. The doll incident.
18    Q. Okay. Was this before the situation where
19 the -- the carbon monoxide?
20    A. I don't believe it was. I believe it was
21 after that.
22    Q. What did he tell you, as best you can
23 recollect what did Jeff say?
24    A. He told me about the doll incident. I