United States District Court
Southern District of Ohio
Cincinnati

| | |
|---|---|
| Jeffrey Denton,<br>Andre Tucker,<br><br>          Plaintiffs,<br><br>v.<br><br>Columbia Motors Inc, et al.<br><br>          Defendants | Lead Docket: 1:02-cv-00422-SSB-TSH<br>Related Cases: 1:02-mc-00020-SSB-THS<br>                   1:02-mc-00020-SSB-TSH<br><br>Sandra S. Beckwith, Judge<br>Timothy S. Hogan, Magistrate<br><br>**Application for Order Enlarging Time** |

Jim Rimedio, on behalf of plaintiffs, applies for an order extending the time for plaintiffs, Jeffrey Denton and Andre Tucker, to respond to the to defendant, Columbia Oldsmobile, Inc., et al's Motion for Summary Judgment for twenty (20) days to March 30, 2005. There have been no prior extensions to defendants to respond to said motion.

Good cause exists for granting the extension, as follows: Because of the volume of documents that must be reviewed and digested, the additional time is required to produce a proper response.

**Proof of Service**

I served the foregoing Application for Order Enlarging Time by emailing a copy on March 10, 2005 to Jay Richard Langeubahn, Attorney for Columbia Motors Inc., at jlangenbahn@lindhorstlaw.com; and Michael Wesley Hawkins, Attorney for Columbia Oldsmobile Inc., at michaelhawkins@dinslaw.com. On March 11, 2005, a copy of this motion shall be mailed to plaintiffs by certified mail.

                                              Respectfully Submitted,

                                              /s/ Jim Rimedio_____
                                              Jim Rimedio (0008990)
                                              810 Matson Place

704 Queen's Tower
Cincinnati, Ohio 45204-1444
Telephone - 513.244.2345
Facsimile - 513.244.2620
Email - rimediolaw@fuse.net

Trial Lawyer for plaintiffs, Jeffrey Denton and Andre Tucker

2