United States District Court
Southern District of Ohio
Cincinnati

| | |
|---|---|
| Jeffrey Denton,<br>Andre Tucker, | Lead Docket: 1:02-cv-00422-SSB-TSH<br>Related Cases: 1:02-mc-00020-SSB-THS |
| Plaintiffs, | 1:02-mc-00020-SSB-TSH |
| v. | Sandra S. Beckwith, Judge<br>Timothy S. Hogan, Magistrate |
| Columbia Motors Inc, et al. | |
| Defendants | **Motion for Permission to Withdraw Appearance** |

 Jim Rimedio, attorney of record for the plaintiffs, moves the court for permission to withdraw his appearance as attorney of record for plaintiffs. This motion is based on the grounds that on the morning of March 10, 2005, Mr. Denton left a message on Movant's voice mail expressing that he has lost confidence in movant, expressed the opinion that movant has failed to represent him properly, that he does not plan on participating in the response to the summary judgment motion filed on behalf of defendants, and that he plans to retain a new lawyer.

 Under the circumstances Movant is satisfied that the foregoing constitute compelling circumstances requiring withdrawal of representation.

 Movant requests that Mr. Denton be given adequate time to retain his new lawyer.

 This motion is supported by the affidavit of Jim Rimedio.

**Proof of Service**

 I served the foregoing Motion for Permission to Withdraw Appearance and the Affidavit of Jim Rimedio by emailing a copy on March 10, 2005 to Jay Richard Langeubahn, Attorney for Columbia Motors Inc., at jlangenbahn@lindhorstlaw.com; and Michael Wesley Hawkins, Attorney for Columbia Oldsmobile Inc., at

1

michaelhawkins@dinslaw.com.  On March 11, 2005, a copy of this motion and supporting affidavit shall be mailed to plaintiffs by certified mail.

                          Respectfully Submitted,

/s/ Jim Rimedio
Jim Rimedio (0008990)
810 Matson Place
704 Queen's Tower
Cincinnati, Ohio 45204-1444
Telephone - 513.244.2345
Facsimile - 513.244.2620
Email - rimediolaw@fuse.net

Trial Lawyer for plaintiffs, Jeffrey Denton and Andre Tucker