United States District Court
Southern District of Ohio
Cincinnati

| | |
|---|---|
| Jeffrey Denton, | Lead Docket: 1:02-cv-00422-SSB-TSH |
| Andre Tucker, | Related Cases: 1:02-mc-00020-SSB-THS |
| Plaintiffs, | 1:02-mc-00020-SSB-TSH |
| v. | Sandra S. Beckwith, Judge |
| | Timothy S. Hogan, Magistrate |
| Columbia Motors Inc, et al. | |
| Defendants | **Affidavit of Jim Rimedio** |

State of Ohio    }
                 } SS
Hamilton County  }

Jim Rimedio, being duly sworn, deposes and says:

I am plaintiffs' trial lawyer of record, and make this affidavit in support of my motion for Permission to Withdraw Appearance

On the morning of March 10, 2005, Jeffrey Denton, left a message on my voice mail expressing the opinions that that he does not believe that I am representing him properly; that he has lost confidence in me; that he does not plan on participating in the response to the summary judgment motion filed on behalf of defendants; and that he plans to retain a new lawyer.

As a result, I do not believe that I can continue to exercise proper independent professional judgment on behalf of plaintiffs, or continue to provide the zealous representation due a client.

I know of my own personal knowledge that the facts set out in this affidavit are true. I am competent to testify to facts set out in this affidavit. If I appeared as a witness in any aspect of this matter, I would testify consistent with the facts as set out in this

affidavit.

/s/ Jim Rimedio
Jim Rimedio

Subscribed and sworn to before me by on March 10, 2005.

/s/ Elizabeth A. Middleton
Elizabeth A. Middleton
Notary Public - State of Ohio
My Commission Expires 05-19-08