UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY DENTON | : | Case No. 1:02cv00422 |
| | : | |
| and | : | Judge Beckwith |
| | : | Magistrate Hogan |
| ANDRE TUCKER, | : | |
| | : | |
| Plaintiffs, | : | **NOTICE OF SUBSTITUTION OF** |
| | : | **COUNSEL FOR DEFENDANT** |
| v. | : | **COLUMBIA OLDSMOBILE, INC.** |
| | : | |
| COLUMBIA OLDSMOBILE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

Please take notice that Shawn P. Burton, Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202 is substituted for Denise A. Robinson of Dinsmore & Shohl, as attorney for Defendant Columbia Oldsmobile, Inc.

                Respectfully submitted,

                /s/ Shawn P. Burton
                Michael W. Hawkins (0012707)
                Shawn P. Burton (0078211)
                Dinsmore & Shohl LLP
                1900 Chemed Center
                255 East Fifth Street
                Cincinnati, OH 45202
                Telephone: 513-977-8200
                Facsimile: 513-977-8141
                Attorneys for Defendant, Columbia Oldsmobile, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

| | |
|---|---|
| Jim Rimedio, Esq. | Jay R. Langenbahn, Esq. |
| 810 Matson Place | Lindhorst & Dreidame |
| 704 Queen's Tower | 312 Walnut St., Suite 2300 |
| Cincinnati, OH  45204-1444 | Cincinnati, Ohio 45202 |
| Telephone:  513-244-2345 | Telephone: 513-421-6630 |
| Facsimile:  513-244-2620 | Facsimile:  513-421-0212 |

Attorney for Plaintiffs

                                              /s/ Shawn P. Burton

1125832v1