UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY DENTON | : | Case No. 1:02cv00422 |
| | : | |
| and | : | Judge Beckwith |
| | : | Magistrate Hogan |
| ANDRE TUCKER, | : | |
| | : | |
| Plaintiffs, | : | **DEFENDANTS' MEMORANDUM** |
| | : | **IN OPPOSITION TO PLAINTIFFS'** |
| v. | : | **APPLICATION FOR** |
| | : | **ENLARGEMENT OF TIME** |
| COLUMBIA OLDSMOBILE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

In light of the fact that trial in the above-captioned case is scheduled for April, 2005, Defendants respectfully request that Plaintiffs' motion be denied. Defendants would also bring to the Court's attention the January 26, 2005 Order (Docket Number 46), which provides that: "The Court will not grant further extensions of that [dispositive motion] deadline."

For the above reasons and for good cause shown, Defendants respectfully request that the request for an extension of the dispositive motion deadline be denied.

Respectfully submitted,

/s/   Michael   W.   Hawkins
Michael W. Hawkins (0012707)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202
Telephone:  513-977-8200
Facsimile:  513-977-8141

Attorney for Defendants

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

| | |
|---|---|
| Jim Rimedio, Esq. | Jay R. Langenbahn, Esq. |
| 810 Matson Place | Lindhorst & Dreidame |
| 704 Queen's Tower | 312 Walnut St., Suite 2300 |
| Cincinnati, OH  45204-1444 | Cincinnati, Ohio 45202 |
| Telephone:  513-244-2345 | Telephone: 513-421-6630 |
| Facsimile:  513-244-2620 | Facsimile:  513-421-0212 |

Attorney for Plaintiffs

                                  /s/ Michael W. Hawkins

1125830v1