IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey Denton, *et al.*,           )
                                    )  Case No. 1:02-CV-422
            Plaintiffs,             )
                                    )
    vs.                             )
                                    )
Columbia Motors Inc., *et al.*,     )
                                    )
            Defendants.             )

O r d e r

      Plaintiffs initiated this action nearly three years ago.  After a number of delays, some occasioned by changes of counsel by Plaintiffs, Defendants filed their motion for summary judgment on February 28, 2005.  In the ordinary course, Plaintiffs' memorandum in opposition to that motion would be due on March 24, 2005.  They have moved for an extension of that deadline to March 30, 2005.  The Court hereby **GRANTS** their motion (Doc. 48) and **ADVISES** Plaintiffs that it will not entertain further requests for extension of that deadline.  In the event that Plaintiffs do not timely file their memorandum in opposition to Defendants' motion for summary judgment, the Court will consider the motion as unopposed.  Defendants may file a reply memorandum on or before April 13, 2005.

      Plaintiffs' counsel has filed a motion for leave to withdraw (Doc. 49).  He represents that Plaintiff Denton has lost confidence in counsel's representation and that Mr. Denton has indicated that he will not participate in the preparation of a

memorandum in opposition to Defendants' motion for summary judgment.

The Court will not grant leave to withdraw as counsel until a substitute attorney files a notice of appearance in this matter on behalf of Plaintiffs or until Plaintiffs indicate in writing that they intend to proceed *pro se*. In either event, the Court will not extend the March 30 deadline for the filing of a memorandum in opposition to Defendants' motion for summary judgment. Counsel's motion for leave to withdraw (Doc. 49) is, therefore, **DENIED** subject to renewal. The Court **DIRECTS** the Clerk to mail a copy of this Order to Plaintiffs directly and **ADVISES** Plaintiff Denton that, in the event that he refuses to cooperate with counsel's preparation of a memorandum in opposition to Defendants' motion for summary judgment, he does so at his own peril and will not be afforded an opportunity to respond to that motion after March 30, 2005.

**IT IS SO ORDERED.**

_____/s/_____
Sandra S. Beckwith, Chief Judge
United States District Court