IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jeffrey Denton,<br>Andre Tucker,<br><br>      Plaintiffs,<br><br>v.<br><br>Columbia Motors Inc., et al.<br><br>      Defendants | Lead Docket: 1:02-cv-00422-SSB-TSH<br>Related Cases: 1:02-mc-00020-SSB-THS<br>           1:02-mc-00020-SSB-TSH<br><br>Sandra S. Beckwith, Judge<br>Timothy S. Hogan, Magistrate<br><br>**Certificate of Service** |

I certify that on March 31, 2005 a copy of the Affidavit of Jeffrey Denton, the Affidavit of Andre Tucker, and the Response to Defendant Columbia Oldsmobile, Inc., et al's Motion for Summary Judgment were filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

Michael W. Hawkins
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Telephone: 513.977.8200
Facsimile: 513.977.8141

Jay R. Langenbahn
Lindhorst & Dreidame
312 Walnut St., Suite 2300
Cincinnati, OH 45202
Telephone: 513.421.6630
Facsimile: 513.421.0212

Attorney for Defendants

                                            Jim Rimedio (0008990)
                                            704 Queen's Tower
                                            810 Matson Place
                                            Cincinnati, Ohio 45204-1444
                                            Telephone - 513.244.2345
                                            Facsimile - 513.244.2620
                                            E-mail - rimediolaw@fuse.net

                                            Trial lawyer for plaintiffs Jeffrey Denton
                                            and Andre Tucker

1