UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey Denton, et al.,
    Plaintiff(s),

      v.                  Case No. 1:02cv0422
                         (Beckwith, J.; Hogan, M.J)

Columbia Motors Inc., et al.,
    Defendant(s).

**NOTICE**

    Please take notice that the above-captioned case has set for a Settlement Conference before the Honorable Timothy S. Hogan on:

**Tuesday, April 26, 2005, at 1:30 pm**

**Chambers Room 706, 100 East Fifth Street, Cincinnati, Ohio.**

                         Timothy S. Hogan
                         United States Magistrate Judge


                          s/Arthur W. Hill
                         Courtroom Deputy

cc:    All Counsel
       awh      April 5, 2005