UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY DENTON | : | Case No. 1:02cv00422 |
| | : | |
| and | : | Judge Beckwith |
| | : | Magistrate Hogan |
| ANDRE TUCKER, | : | |
| | : | |
| Plaintiffs, | : | **NOTICE OF MANUAL FILING OF** |
| | : | **DEPOSITIONS BY COUNSEL FOR** |
| v. | : | **DEFENDANTS** |
| | : | |
| COLUMBIA OLDSMOBILE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

Please take notice that Defendants are manually filing the depositions of Jeffrey Denton (4 volumes); Andre Tucker (2 volumes); and Richard Frederick.

Respectfully submitted,

/s/ Shawn P. Burton
Michael W. Hawkins (0012707)
Shawn P. Burton (0078211)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202
Telephone:  513-977-8200
Facsimile:  513-977-8141

Attorneys for Defendants

1

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 11, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

| | |
|---|---|
| Jim Rimedio, Esq. | Jay R. Langenbahn, Esq. |
| 810 Matson Place | Lindhorst & Dreidame |
| 704 Queen's Tower | 312 Walnut St., Suite 2300 |
| Cincinnati, OH  45204-1444 | Cincinnati, Ohio 45202 |
| Telephone:  513-244-2345 | Telephone: 513-421-6630 |
| Facsimile:  513-244-2620 | Facsimile:  513-421-0212 |

Attorney for Plaintiffs

                                          /s/ Shawn P. Burton

1135412v1