FILED
JAMES BONINI

2005 APR 26 PM 5:02

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Jeffrey Denton, et al.,
    Plaintiff(s),

v.

Columbia Motors Inc.,
    Defendant(s).

Case No. 1:02cv0422
(Beckwith, J.; Hogan, M.J.)

## CIVIL MINUTES
### SETTLEMENT CONFERENCE
### before the
### HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Laura Wilson
**DATE:** April 26, 2005          **TIME:** 1:30 pm – 5:00 pm

Attorney for Plaintiff(s): _____
Jim Rimedeo

Attorney for Defendant(s): _____
Mike Hawkins
Jay Langenbahn
Paul Burton

### PROCEDURES

✓ Counsel Present
✓ Settlement conference held
___ Settlement conference continued to _____.
___ Court order/memorandum to follow by _____.
___ Other _____
Case not settled