UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey Denton, et al.,
    Plaintiff(s),

    v.                                Case Nos. 1:02cv0422
                                      (Consent Case; Hogan, M.J)

Columbia Motors Inc., et al.,
    Defendant(s).

## NOTICE

    Please take notice that the above-captioned case has set for a Status/Scheduling Conference before the Honorable Timothy S. Hogan on:

**Thursday, July 14, 2005 at 9:30 pm**

**via telephone.  Parties are to contact the court (5) minutes before the start time of the conference.  (513)564-7650**

                                      Timothy S. Hogan
                                      United States Magistrate Judge


                                      _s/Arthur W. Hill_____
                                      Courtroom Deputy

cc:    All Counsel
       awh      June 15, 2005