

**United States District Court**
Southern District of Ohio
100 East Fifth Street
Cincinnati, Ohio 45202

Chambers of
Michael R. Barrett
District Judge

(513) 564-7660
(Fax) (513) 564-7666

February 9, 2007

Dear Counsel:

The Court is re-establishing its Settlement Week from years past. We intend an initial round of mediations during the week of April 9th, 2007, with the goal of holding Settlement Weeks semi-annually.

Your case has been identified for potential participation in the initial round of mediations. The mediation sessions will be conducted by experienced civil litigators who have agreed to participate without compensation.

In furtherance of the program, I would ask that you complete and submit to Magistrate Judge Timothy S. Black, on a confidential basis, via email to Cin_Mediation_Chambers@ohsd.uscourts.gov or by delivery to his chambers, a brief statement of the case, including relevant issues and the status of current settlement discussions, with an eye toward identifying what, if anything, might prevent worthwhile settlement proceedings at this time.

In responding to Judge Black, please indicate which date(s) during the week of April 9, 2007, and whether the morning or afternoon session(s), you and your client would prefer.

Please respond by February 28, 2007 and include the case caption and case number.

Sincerely,

Michael R. Barrett
United States District Judge

MRB/cmd