UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI

| | |
|---|---|
| Jeffrey Denton, | Lead Docket: 1:02-cv-00422-SSB-TSH |
| Andre Tucker, | Related Cases: 1:02-mc-00020-SSB-THS |
| Plaintiffs, | 1:02-mc-00020-SSB-TSH |
| v. | Sandra S. Beckwith, Judge |
| | Timothy S. Hogan, Magistrate |
| Columbia Motors Inc, et al. | |
| Defendants | **ENTRY OF APPEARANCE** |

NOW COMES Eric L. Emerson, Esq. (0072916), and hereby enters his appearance with this Honorable Court as attorney of record for Plaintiffs Jeffrey Denton and Andre Tucker.

    Respectfully Submitted,

    <u>s://Eric L. Emerson</u>
    Eric L. Emerson
    300 Madison Ave. Suite 200
    Covington, KY 41011
    PH: (859) 491-3399
    FAX: (859) 491-3622

## **CERTIFICATE OF SERVICE**

      I hereby serve the foregoing Motion to Mr. Shawn Burton, at shawn.burton@dinslaw.com, Mr. Michael Hawkins@dinslaw.com, and Ms. Denise Robinson at denise.robinson@dinslaw.com, Mr. Jay Langenbahn at jlangenbahn@lindhorst.com, Attorneys for Columbia Motors Inc., and Mr. James Rimedio at rimediolaw@fuse.net via email on April 17, 2007. A copy will also be sent via U.S. Postal Mail on this 17th day of April, 2007.

                                                              Respectfully Submitted,

                                                              s:// Eric L. Emerson
                                                              Eric L. Emerson