UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY DENTON | : | Case No. 1:02cv00422 |
| | : | |
| and | : | Judge Beckwith |
| | : | Magistrate Hogan |
| ANDRE TUCKER, | : | |
| | : | |
| Plaintiffs, | : | **NOTICE OF SUBSTITUTION OF** |
| | : | **COUNSEL FOR DEFENDANT** |
| v. | : | **COLUMBIA OLDSMOBILE, INC.** |
| | : | |
| COLUMBIA OLDSMOBILE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

Please take notice that Michael J. Newman, Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202 is substituted for Shawn P. Burton of Dinsmore & Shohl, as attorney for Defendant Columbia Oldsmobile, Inc.

Respectfully submitted,

/s/ Michael J. Newman
Michael W. Hawkins (0012707)
Michael J. Newman (0042684)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202
Telephone:  513-977-8200
Facsimile:  513-977-8141
Attorneys for Defendant, Columbia Oldsmobile, Inc.

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:


Jim Rimedio, Esq.  
810 Matson Place  
704 Queen's Tower  
Cincinnati, OH  45204-1444  
Telephone:  513-244-2345  
Facsimile:  513-244-2620  

Jay R. Langenbahn, Esq.  
Lindhorst & Dreidame  
312 Walnut St., Suite 2300  
Cincinnati, Ohio 45202  
Telephone: 513-421-6630  
Facsimile:  513-421-0212  

Attorney for Plaintiffs


/s/ Michael J. Newman

1125832v2

2