IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jeffrey Denton, et al., | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 1:02cv0422 |
| Columbia Oldsmobile, Inc., et al. | ) Judge Timothy S. Hogan |
| | ) United States Magistrate Judge |
| Defendant(s). | ) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures below, the parties have advised this Court that they have settled this case.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this case is hereby dismissed with prejudice.

ENTERED this 25th day of October, 2007.

HONORABLE TIMOTHY S. HOGAN

APPROVED FOR ENTRY:

Michael W. Hawkins (0012707)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: 513-977-8200
Facsimile: 513-977-8141

Jay R. Langenbaum (0009460)
Lindhorst & Dreidame
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202-4091
Telephone: 513-421-6630

Eric L. Emerson (0072916)
300 Madison Avenue Suite 200
Covington, Kentucky 41011
Telephone: 859-491-3399
Facsimile: 859 491-3622